IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 SEP 12 A 9: 29

JEFFERY BENNETT )
Full name and prison number of )
plaintiff(s) )
 )
 )
        v. )         CIVIL ACTION NO. 2:05cv871-F
ANTHONY CLARK )         (To be supplied by the Clerk of the
~~[redacted]~~ )          U.S. District Court)
 )
WILLIAMS VINES )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons)  )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
         Plaintiff(s) _____
         _____
         Defendant(s) _____
         _____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.   Docket No. _____

      4.   Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Covington County Jail 290 Hillcrest Drive Andalusia AL 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  In Covington County, Opp Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Anthony Clark - 290 Hillcrest Dr Andalusia AL 36420

2. Williams Vines -

3.

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9-8-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Defendant's has been Harassing the Plaintiff for years, and caused Plaintiff to be unlawfully arrested by his body and him to be falsely imprisoned.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
The Defendant's violated Plaintiff Fourth and Fourthteen Amendments. Plaintiff enclose a copy of Department of Veterans Affairs Central Alabama Veterans Health Care System.

-2-

GROUND TWO: Plaintiff has strict proof that hes not able to hold a job, the Defendant's keep

SUPPORTING FACTS: on harassing the Plaintiff. The Defendant's knows that the Plaintiff can not work or pay child support, and the defendant's knows that the has a Disability Claim Pending, they still don't care, and they still violated

GROUND THREE: Plaintiff Constitutional Rights. The Defendant Anthony Clark violated Plaintiff

SUPPORTING FACTS: Eighth Amendment Denied medical, Plaintiff has suffering cause of his been denied medical needs.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Plaintiff demanded A $1,000 a day for each being incarceration unlawfully, from each defendants, and for harassment, pain, and suffering an amount of $650,000 from each defendant.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on   9-10-05   .
                (date)

_____
Signature of plaintiff(s)