

**DEPARTMENT OF VETERANS AFFAIRS**
Central Alabama
Veterans Health Care System

☐ West Campus
215 Perry Hill
Montgomery AL  36109

☐ East Campus
2400 Hospital Road
Tuskegee AL  36083

August 5, 2003

TO Whom It May Concern:

This to certify that Mr. Jeffery Bennett is being followed up at the Montgomery VAMC Out patient Clinic since October 6, 1998 up to the present time and is on antidepressent Medication which makes him unable to drive and unable to keep a job due to cognitive Impairment. It has history of nightmares, insomnia depression, irritability, anger outburst, hypervigilent suicidal ideation. At present he is stressed out, depressed, unable To sleep due to problem with finances, able to meet only the basic necessities of daily Life. He has history of paranoia, unable to tolerate crowd, unable to get over the death Of his cousin, nephew and father diagnosed with cancer. All this are very difficult Stressor in his current life.

It is therefore my opinion that he needs to have consistent psychiatric follow up and Takes medication in a consistent basis and does not need to undergo more stress and Not be placed in an environment that can provoke his anger rage and depression whick Could trigger suicidal ideation and be a danger to himself and others.

If I could be of further assistant feel free to call.

Sincerely,

Maria R Tabino
Staff Psychiatrist

| | |
|---|---|
| STATE OF ALABAMA ex rel | * IN THE DISTRICT COURT OF |
| LUCRETIA D. WADE, | * COVINGTON COUNTY ALABAMA |
| PLAINTIFF, | * CASE NO. CS-1992-64.01 |
| VS. | * DHR NO. 29202  FILED IN OFFICE |
| JEFFREY BENNETT, | * MAY 18 2005 |
| DEFENDANT. | * |
| | CLERK |

## ORDER

This cause came on for hearing on May 18, 2005. The Defendant was not present. The Court proceeded to hear the evidence and finds as follows: That the Defendant was ordered on April 20, 2005 to appear in court on May 18, 2005; that the Defendant is not a minor, an incompetent of a member of the military.

Wherefore, the premises considered, it is ORDERED, ADJUDGED and DECREED as follows:

1. That as of April 30, 2005, the Defendant owes child support arrears in the amount of $2504.66, plus interest of $4922.86.

2. **That the Sheriff of Covington County arrest the Defendant and incarcerate him in the Covington County Jail until such time as he purges himself of such contempt.**

Done and Ordered this 18th day of May, 2005.

DISTRICT COURT JUDGE
F. L. McGuire III

Description of Defendant: Black/Male; SSN: 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; DOB: 2/18/1970;

Address of Defendant: 902 8th Street, Opp, AL 36467

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA IN THE MATTER OF **SHAMARI CRITTENDEN,** | CASE NO: CS-1995-91 .2 |
| **TABITHA CRITTENDEN,** | DHR NO:30186 |
| PLAINTIFF, | |
| VS. | |
| **JEFFERY BENNETT,** | FILED IN OFFICE |
| DEFENDANT. | JUN 2 8 2005 |

## ORDER OF ARREST

This cause came on for hearing on April 21, 2005. Present was the Attorney for the State of Alabama, Leland Enzor, Jr. The Defendant was not present. The Court proceeded to hear the evidence and finds as follows: That the Defendant was served on March 17, 2005, with an order to appear in court on April 21, 2005; that the Defendant is not a minor, an incompetent or a member of the military.

Wherefore, the premises considered, it is ORDERED, ADJUDGED and DECREED as follows:

1. That as of June 23, 2005, the Defendant owes the following in the amount of **$22,868.95** plus interest in the amount of **$14,153.78**.

2. **THAT THE SHERIFF OF COVINGTON COUNTY ARREST THE DEFENDANT AND INCARCERATE HIM IN THE COVINGTON COUNTY JAIL UNTIL SUCH TIME AS HE PURGES HIMSELF OF CONTEMPT.**

DONE and ORDERED this the ___ day of June, 2005.

District Court Judge
F.L. McGUIRE, III

Defendant's Address: *902 8th Street; Opp, Alabama 36467*

Description:  *Defendant is a Black Male; age 35; D.O.B. 02/18/1970; S.S.N. 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*