IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-871-F |
| | ) | |
| ANTHONY CLARK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that the last paragraph on page 5 of the order entered on September 14, 2005 (Court Doc. No. 4) be and is hereby CORRECTED to reflect that the Clerk serve a copy of the complaint on Anthony Clark and Williams Vines as these are the only individuals named as defendants in this cause of action.

Done this 19TH day of September, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE


for

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE