Bennett

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Anthony Clark
   Covington County Jail
   290 Hillcrest Drive
   Andalusia, AL 36420

   2:05CV871 (comp/orders 40 dy)

2. Article Number
   (Transfer from service label)    7005 1160 0001 2962 2628

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Rachel Eddins
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Rachel Eddins    10-11-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes