IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY BENNETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-CV-871-F |
| | ) |
| ANTHONY CLARK, et al., | ) |
| | ) |
|    Defendants. | ) |

**ANSWER**

    COMES NOW Anthony Clark, a defendant in this action (hereafter, "Defendant"), and responds to the Complaint filed by Plaintiff in the above-styled cause and states as follows:

    1.    Plaintiff brings his suit under 42 U.S.C. § 1983 and claims that his constitutional rights were violated by Defendants.[1] More specifically, as a convicted offender, the Plaintiff alleges that his Fourth, Eighth and Fourteenth Amendment rights have been violated in that the Defendant unlawfully arrested him and failed to provide medical care. The Plaintiff further apparently alleges a state law claim of false imprisonment.

    2.    Defendant admits that the Plaintiff was incarcerated on or before September 8, 2005, at the Covington County Jail.

    3.    Defendant denies the remaining allegations and inferences in the Plaintiff's Complaint.

---

[1] The following statement of the issues and claims made by Plaintiff are based upon Plaintiff's Complaint and the undersigned's interpretation of the issues raised. If other issues are presented, Defendant generally denies any such allegations as being untrue and completely without basis in law or fact.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint separately and severally fails to state a claim upon which relief can be granted. Defendant did not deprive Plaintiff of any constitutional right to which he is entitled.

2. Any claims against this Defendant in his official capacity are barred by the Eleventh Amendment and because this Defendant is not a "person" under 42 U.S.C. § 1983.

3. This Defendant is entitled to qualified immunity in his individual capacity.

4. The Plaintiff's claims are barred due to the Plaintiff's failure to exhaust all available state remedies.

5. Defendant reserves the right to add additional defenses upon a complete investigation of Plaintiff's claims, completion of any discovery allowed, and if any further pleading is required or allowed by the Court.

WHEREFORE, PREMISES CONSIDERED, Defendant requests this Court to enter judgment in his favor and grant unto him costs and attorney's fees pursuant to law and 42 U.S.C. § 1988.

Respectfully submitted on this the 21st day of November, 2005.

    **s/Scott W. Gosnell**
    SCOTT W. GOSNELL, Bar Number: GOS002
    Attorney for Defendant
    WEBB & ELEY, P.C.
    7475 Halcyon Pointe Road
    P.O. Box 240909
    Montgomery, Alabama 36124
    Telephone: (334) 262-1850
    Fax: (334) 262-1889
    E-mail: sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 21st day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

>Jeffery Bennett
>Covington County Jail
>290 Hillcrest Drive
>Andalusia, Alabama  36420

>**s/Scott W. Gosnell**
>OF COUNSEL