**EXHIBIT A, PART 1**

BENNETT JEFFREY
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
2-18-1970



**PRISONER'S JAIL RECORD**

S.S.NO. 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                                    NO. _____

| | |
|---|---|
| NAME | Bennett, Jeffery J    DATE 07-20-53    TIME 11:45 Am |
| ALIAS | |
| ADDRESS | Apt. A-31 Hardage Circle Opp AL |
| AGE 23    RACE B    SEX M    EYES Br    HAIR Blk    HEIGHT 6'2    WEIGHT 190 | |
| DATE OF BIRTH 2-18-90    PLACE OF BIRTH Crenshaw Co. | |
| ARRESTING OFFICER J Cobb    ARRESTING AGENCY CCSO    SCARS OR MARKS none | |
| OFFENSE Nwni Jeffory Crenshaw Co    2 ct from Coffee Co.    TELEPHONE NO 527-3607 | |
| STATUS Nwni 13 cts CCSO    NEXT OF KIN Eller Bennett    SPOUSE OR HOLD FOR Coffee + Crenshaw | |
| SENTENCE BEGINS ____    SENTENCE EXPIRES ____ | |
| BEHAVIOR ____    TIME ALLOWED— GOOD BEHAVIOR | |
| HOW RELEASED Bonds signed + approved    DATE 7-21-53    TIME 4:50 p.m.    DRAFT BOARD & CLASSIFICATION | |
| RELEASING OFFICER James Martin    RELEASING R/I PRINT | |
| ENTERING R/I PRINT | |
| REMARKS: At this time no warrants in C.C.S.O. 7-20-53 | |

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

FBI    LEAVE BLANK

| LAST NAME NAM | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Bennett | Jeffery | J. |

ALIASES

STATE USAGE

CONTRIBUTOR
ORI

SO
ANDALUSIA, AL

AL0230000

SIGNATURE OF PERSON FINGERPRINTED

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

| DATE ARRESTED OR RECEIVED DOA | SEX | RACE | HGT. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| 07-20-93 | M | B | 6'2 | 170 | Bro | Blk |

| DATE OF BIRTH DOB | | |
|---|---|---|
| Month | Day | Year |
| 02 | 18 | 70 |

PLACE OF BIRTH POB
Crenshaw Co

DATE
7-20-93

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
Jerome Gill

CHARGE

YOUR NO. OCA

FBI NO. FBI

LEAVE BLANK

CLASS. _____

N.W.N.I  13 cts

FINAL DISPOSITION

SID NO. SID

SOCIAL SECURITY NO. SOC
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

REF. _____

CAUTION

NCIC CLASS - FPC

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# PRISONER'S JAIL RECORD

NO. _____

S.S. NO. 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

NAME _Bennett, Jeffery J_    DATE _12-16-93_    TIME _10:35pm_

ALIAS _____    ADDRESS _Brantley, AL P.O. 291_

AGE _23_ RACE _B_    SEX _M_ EYES _Bro_    HAIR _Blc_    HEIGHT _6'2_    WEIGHT _170_

DATE OF BIRTH _2-18-70_    PLACE OF BIRTH _Crenshaw C._    SCARS OR MARKS _____

ARRESTING OFFICER _J. Gib_    ARRESTING AGENCY _CCSO_

OFFENSE _Murder Mr. 13-652-663_    TELEPHONE NO. _____

STATUS _____    SPOUSE OR NEXT OF KIN _Ellen Mae Bennett_

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _OPP P.D._

BEHAVIOR _____    TIME ALLOWED– GOOD BEHAVIOR _____

HOW RELEASED _Bond-Mike Helin to OPD._    DATE _12-17-93_    TIME _5:00pm_

RELEASING OFFICER _Gibson_    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____    RELEASING R/I PRINT _____

REMARKS: _Hold OPD_

```
BENNETT         JEFFERY      J    SID: 01289949
      SEX: M  RACE: B
      DOB: 02/18/70
                            NCIC:CICM1012111612101114
HGT:602    WGT:170    HAIR:BLK    EYE:BRO    SKN:XXX
DATE OF ARREST: 12/16/93
CHG 01 2606 FRAUD INSUFF FUNDS CHECKS-12CTS




LCN   :                     SSN   :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
FBI NO:633197TA2            J-NO  :01289949
ORI   :AL0230000           AIS NO:
CONTB :COVINGTON CO SHERIFFS DEPT DATE:01/13/94
```

```
BENNETT         JEFFERY      J    SID: 01289949
      SEX: M  RACE: B
      DOB: 02/18/70
                            NCIC:CICM1012111612101114
HGT:602    WGT:170    HAIR:BLK    EYE:BRO    SKN:XXX
DATE OF ARREST: 05/13/94
CHG 01 2606 FRAUD INSUFF FUNDS CHECKS-
```

```
LCN   :                     SSN   :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
FBI NO:633197TA2            J-NO  :01289949
ORI   :AL0230000           AIS NO:
CONTB :COVINGTON CO SHERIFFS DEPT DATE:05/25/94
```

PRISONER'S JAIL RECORD

NO. _____

S.S.NO. 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

NAME Bennett, Jeffery J.    DATE 05/18/94    TIME 09:45

ALIAS _____    ADDRESS 4f 8-83 Mortt Gr. App

AGE 24 RACE BIK SEX m EYES BR HAIR BK HEIGHT 74" WEIGHT 170

DATE OF BIRTH 18-Feb-70    PLACE OF BIRTH Crenshaw Co    SCARS OR MARKS _____

ARRESTING OFFICER Judge order    ARRESTING AGENCY Covington Co

OFFENSE Child Sup non pay mont 9,900 00    TELEPHONE NO 389-5607

STATUS N/W/N    SPOUSE OR NEXT OF KIN Feller May Bennett

SENTENCE BEGINS 10:00    SENTENCE EXPIRES _____    HOLD FOR Crenshaw Co (Alias)

BEHAVIOR _____    TIME ALLOWED—GOOD BEHAVIOR _____

HOW RELEASED _____    DATE 5-21-94    TIME 2:30 pm

RELEASING OFFICER _____    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____ | RELEASING R/I PRINT _____

REMARKS: _____



LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

FBI   LEAVE BLANK

LAST NAME **NAM**   FIRST NAME   MIDDLE NAME

Bennett   Jeffery   J.

STATE USAGE

ALIASES

CONTRIBUTOR **ORI**

SO

RL0230000

ANDALUSIA, AL

SIGNATURE OF PERSON FINGERPRINTED

X

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE   SIGNATURE OF OFFICER TAKING FINGERPRINTS

Eddie Hobbs Sr.

DATE ARRESTED OR RECEIVED **DOA**

05-18-94

YOUR NO. **OCA**

FBI NO. **FBI**

SID NO. **SID**

SOCIAL SECURITY NO. **SOC**

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

CAUTION

☐

SEX   RACE   HGT.   WGT.   EYES   HAIR

M   B   6'2"   170   Bro   BlK

DATE OF BIRTH **DOB**
Month   Day   Year

02 - 18 - 70

PLACE OF BIRTH **POB**

CRenShaw

LEAVE BLANK

CLASS. ____

REF. ____

NCIC CLASS - FPC

CHARGE

FINAL DISPOSITION

N.W.N.I. X

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

S.S. NO. 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

## PRISONER'S JAIL RECORD

NO. _____

NAME Bennett Jeffery Jameson    DATE 10-12-94    TIME 10:40 am

ALIAS Jamie    ADDRESS Hardage Cir Apt 433 Opp. Al. 36467

AGE 24    RACE B    SEX M    EYES Bro    HAIR BLK    HEIGHT 6'2    WEIGHT 170

DATE OF BIRTH 2-18-70    PLACE OF BIRTH Luverne, Al.    SCARS OR MARKS _____

ARRESTING OFFICER Meeks    ARRESTING AGENCY CCSO

OFFENSE NWNI ×2 (Alias) Pike Co.    SPOUSE OR NEXT OF KIN Andrew Bennett 527-3607

TELEPHONE NO. 493-7195

STATUS _____    HOLD FOR _____

SENTENCE BEGINS _____    SENTENCE EXPIRES _____

TIME ALLOWED— GOOD BEHAVIOR _____

BEHAVIOR _____

HOW RELEASED Property Bond per 01    DATE 10-13-94    TIME 12:30 P.M.

DRAFT BOARD _____

RELEASING OFFICL. Sharon Tucker    & CLASSIFICATION _____

ENTERING R/I PRINT _____    RELEASING R/I PRINT _____

REMARKS: $750 ×2

STATE OF ALABAMA,                    *        IN THE CIRCUIT COURT OF

v.                                   *        COVINGTON COUNTY, ALABAMA

_Jeffrey Bennett_    ,               *        CASE NO. _____

DEFENDANT.                           *

THE FOLLOWING CONDITIONS APPLY TO ALL PERSONS RELEASED WHETHER ON
PERSONAL RECOGNIZANCE OR OTHERWISE:

1.    The defendant must appear to answer and must submit to the
      orders and process of the Court having jurisdiction of this
      case, as directed.

2.    The defendant must refrain from committing any criminal
      offense.

3.    The defendant may not depart from the State of Alabama without
      leave of the Court having jurisdiction of this case.

4.    The defendant must promptly notify the Court of any change of
      the defendant's address.

THE FOLLOWING CONDITIONS ALSO APPLY TO THIS DEFENDANT:

_Court. Nov 3rd 94  9:00 AM_ _____

_____

      The provisions of this release order may be revoked or
modified by the Court for cause.  This release order and any
appearance bond executed in compliance with it will continue in
force and effect until the dismissal, acquittal, or conviction of
the defendant of the charges, unless sooner revoked or modified by
the Court.  Upon report of a violation of any one of the above
conditions, a warrant for your arrest will be issued.

### ACKNOWLEDGMENT BY DEFENDANT

      I understand the conditions of my release and the penalties
applicable in the event that I violate any conditions imposed
herein, and I also understand that failure to appear as required
may subject me to additional charges and the revocation of release.

Date: _10-13-94_ _____           _____
                                    Defendant

                                    _Hardage  Circle  Apt A.33_
                                    Address

                                    _OPP_          _AL_
                                    City          State          Zip

                                    _493-7195_
                                    Telephone

# PRISONER'S JAIL RECORD

NO. 75 600321

S.I.S. NO. 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

NAME _Jeffery Bearlett_    DATE _1-25/95_   TIME _10:05_

ALIAS _____    ADDRESS _Hardee Circle apt B-5 apt A_

AGE _25_ RACE _Black_ SEX _Male_ EYES _Brown_   HAIR _Black_ HEIGHT _6'2"_ WEIGHT _170_

DATE OF BIRTH _2/08/70_    PLACE OF BIRTH _Crenshaw County_   SCARS OR MARKS _N/A_

ARRESTING OFFICER _Barlow_    ARRESTING AGENCY _CCSO_

OFFENSE _Contempt_    TELEPHONE NO. _N/A_

STATUS _____    SPOUSE OR NEXT OF KIN _____

SENTENCE BEGINS _____ SENTENCE EXPIRES _____ HOLD FOR _____

BEHAVIOR _____    TIME ALLOWED- GOOD BEHAVIOR _____

HOW RELEASED _Judges order_    DATE _1-25-96_   TIME _3:55 pm_

RELEASING OFFICER _Roberts_    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____ RELEASING R/I PRINT _____

REMARKS: _____

STATE OF ALABAMA ex rel
TABITHA CRITTDENDEN,                          * IN THE DISTRICT COURT OF

　　PLAINTIFF,                                  * COVINGTON CO ALABAMA

VS.                                          * CASE NO. CS-95-91

JEFFREY BENNETT,                              * DHR NO. 30,186

　　DEFENDANT.                                 *

                                             *

## ORDER

This cause came before the Court on January 18, 1996, on a Petition for Contempt for failure to pay child support as ordered. The Defendant failed to appear, even though he was served with process ordering hIM to appear. The Court finds the Defendant to be in contempt.

It is therefore ORDERED that the Defendant is in contempt of court.

It is FURTHER ORDERED that the Sheriff of Covington County forthwith arrest the Defendant and incarcerate him in the Covington County Jail until all sums owing are paid.

Done and ordered this 18th day of January, 1996.

                              _____
                              JUVENILE COURT JUDGE
                              F. L. McGuire III

AP Address:

Brantley, AL 36009

**FILED IN OFFICE**

JAN 18 1996

*Roy A. Powell*
CLERK

Called Sheriffs department on 1/23/96 and gave them directions to location of AP 

BM
2-18-68 ?

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num   95000221        Book Seq        1

| | Person ID Last Name | First | Middle |
|---|---|---|---|
| No. | 95000153   BENNETT | JEFFERY | |

Sex        M    Race   B              Suffix
Dob        02/18/1970   Address       APT C-10 HARDAGE CIRCHILD
Age        27           City          OPP              State   AL        Zip
Height     xxx          Phone         (   )  -           Driv Lic                    St
Weight     170          Birth Plac    CRENSHAW CO            Ssn     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
Hair Color BLK                                          Birth Stat  AL          Citizen  Y
Eye Color  BRO          AR Id                           Foi
Build      MED          Sid                             Prison    CRENSHAW CO
Complexn   BLK

Note                                          Marital Status

Next of Kin Last                    First                          Middle
          Address
          City
          Phone    (   )  -           State          Zip

Hand              Hearing              Vision         Education
Eng read          Eng write       Eng speak          Religion
Gang Alert             Moniker

Scar Tatoo
Remarks

---

Book Date 01/26/19   Time 10.05          Arrest Date  01/26/19      Time      10.05
Book Type FULL                           Agency       03         Officer     BARTON
Book Off   ROBERTS                       Location
                                             Uri No

Search By:                               Serv Off    BARTON
Clothing  N   Metal   N    Strip N          Cell        T-3          Bed
Pat down  N   Cavity  N                   Cust Stat   AA/T         Class   MIN
                                         Held For                Reason (?)
Photo       N   Prints   N               Out Date    01/26/199A   Out Time  15.52
Hold Check   N   Dail    N               Bondsman
                                         Attorney

Comment

**Form 1:**

State of Alabama
Unified Judicial System

Form C-42     Rev 6/88

Case Number
CS 95-91

**ORDER OF RELEASE FROM JAIL**

IN THE _____ COURT OF _____ COUNTY

STATE OF ALABAMA     v. _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date 1/25/96 _____

By: _____
Judge/Clerk

COURT RECORD (Original)     JAILER (Copy)

**Form 2:**

State of Alabama
Unified Judicial System

Form C-42     Rev 6/88

Case Number
CS 95-11

**ORDER OF RELEASE FROM JAIL**

IN THE _____ COURT OF _____ COUNTY

STATE OF ALABAMA     v. _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date _____

By: _____
Judge/Clerk

COURT RECORD (Original)     JAILER (Copy)

COPY
SHERIFF'S DEPARTMENT

IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     PLAINTIFF,                     *

VS.                                  *          CASE NO.  <u>CC-93-207</u>

JEFFERY BENNETT                      *

     DEFENDANT.                     *

## ORDER

A petition having been filed by the Probation Officer in this cause and the Court having found that there is reasonable cause to believe that the defendant has violated a condition, regulation, or instruction concerning the probationary sentence heretofore imposed upon the defendant, in that: Bennett has been arrested by Opp, AL Police Officers and been charged with Driving While Suspended (2 cases) and Violation of the City Noise Ordinance (2 cases), in violation of the First Condition of Probation, Not to Violate and Federal, State or Local Laws; and has moved without permission.

It is, therefore, ORDERED and ADJUDGED that the defendant be taken forthwith into custody and brought before this Court without unnecessary delay, and that a copy of this order be served upon the defendant and that due return be made thereof.

Done and Ordered this <u>8th</u> day of <u>August</u>, 19 <u>96</u>.

FILED IN OFFICE

AUG 8 1996

_(signature)_
CLERK

_(signature)_
CIRCUIT JUDGE

# STATE OF ALABAMA

## BOARD OF PARDONS AND PAROLES



COPY
SHERIFF'S DEPT

### OFFICER'S REPORT ON DELINQUENT PROBATIONER

Probatory Judge __Ashley McKathan__    Court __Circuit__

Probationer __Jeffery Bennett__    Co. No. __CC-93-207__    County __Circuit__

Race, Sex & Age __BM-26__    Date of Conviction __August 3, 1996__

Offense __Unlawful Breaking and Entering a / Motor Vehicle__    Date of Probation __August 3, 1996__

Sentence __Eighteen (18) Months__    Probation Period __Three Years__

Date of Delinquency __August 7, 1996__    Probation Expires __August 3, 1999__

Restitution Paid $ _____    Supervision Fee Paid $ _____

### DELINQUENT CHARGE OR CHARGES

Bennett is charged with violating the following conditions of his probation.

CHARGE NO I:

**FILED IN OFFICE**

VIOLATION OF CONDITION NO. 1
NEW OFFENSE - DRIVING WHILE SUSPENDED

**AUG  8 1996**

LEGAL FACTS :

Bennett was given a traffic ticket on March 24, 1996, fro Driving While Suspended. A Probation Officers Authorization of Arrest has not been issued.  A Failure to Appear Warrant has been issued by the City Of OPP.

DETAILS:

On March 24, 1996, at 4:30 p. m., Jeffery Bennett was driving an auto down Hardin Street, Opp, AL.  His boom box radio in the auto was operating so loudly that the sound could be heard more than 100' from the vehicle.  Opp Police officers stopped Bennett for Violation of the Noise Ordinance, and found that his driving liscense had been suspended.  He was given a ticket for Driving While Suspended (TR-96-200) and was cited for Violation of the Municipal Noise Ordinance (MU-96-96).

CHARGE NO II:

VIOLATION OF CONDITION NO. 1
NEW OFFENSE - VIOLATION OF CITY NOISE ORDINANCE

LEGAL FACTS:

Bennett was given a citation on March 24, 1996, for Violation of the Municipal Noise Ordinance.  A Probation Officers Authorization of Arrest has not been issued. A Failure to Appear Warrant has been issued by the City of Opp.

DEATILS:

(As in Charge No. I)

PB Form 207
Revised 10/87

Jeffery Bennett
CC-93-207
Probation Violation Report Continued

**FILED IN OFFICE**

CHARGE NO. III:

VIOLATION OF CONDITION NO. 1
NEW OFFENSE - DRIVING WHILE SUSPENDED

AUG  8 1996

*Roy A Pines*

LEGAL FACTS:

Bennett was given a traffic ticket on April 24, 1996, for Driving While Suspended.
A Probation Offices Authorization of Arrest has not been issued. A Failure
to Appear Warrant has been issued by the City of Opp.

DETAILS:

On April 24, 1996, at 4:00 p. m. Opp Police Officers stopped Jeffery Bennett who was
driving north on Hardin Street, Opp, AL.  Bennett was operating his boom box radio loudely
enough that the Officers could hear the radio more than 100' from the auto.  While
talking to Bennett, the officers found that he was operating his auto after his
liscense had been suspended.  He was given a ticket (TR-96-287) for Driving While Suspended
and a citation (MU-96-137) for Violation of the Municipal Noise Ordinance.

CHARGE NO. IV:

VIOLATION OF CONDITION NO. 1
NEW OFFENSE - VIOLATION OF MUNICIPAL NOISE ORDINANCE

LEGAL FACTS:

Bennett was given a citation on April24, 1996, for Violation of Municipal Noise
Ordinance.  A probation Officers Authorization of Arrest has not been issued.  The
City of Opp has issued a Failure to Appera Warrant.

DETAILS:

(As in Charge No. III)

CHARGE NO. V:

VIOLATION OF CONDITION NO. 9
CHANGING RESIDENCE WITHOUT PERMISSION

LEGAL FACTS:

A Probation Officers Authorization of Arrest has not been issued.

DETAILS:

I talker with Jeffery Bennett's mother on August 7, 1996.  She stated that she had not
heard from Jeffery in four or five months.  She said he said he had gotten into so much
trouble in Opp, that he thought he better go somewhere else.  She said she does not know
his whereabouts.

SUPERVISORS RECOMMENDATION:

I recommend revocation.
    SIGNED and DATED at Andalusia, AL, this the 7th Day of August, 1996.
                                        William H. Law, Parole/Probation Office

# PRISONER'S JAIL RECORD

NO. _____

S.S.NO. 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

NAME Jeffery Jamison Bennett          DATE 6/3/97          TIME 20:51

ALIAS "Jamie"          ADDRESS Childress Felicts Trailer App. A1

AGE 27  RACE B  SEX M  EYES Brn  HAIR Blk  HEIGHT 6'2  WEIGHT 170

DATE OF BIRTH 02/18/70   PLACE OF BIRTH Lowndes   AL   SCARS OR MARKS

ARRESTING OFFICER M. Odom   ARRESTING AGENCY CCSO   TELEPHONE NO.216

OFFENSE FTA          SPOUSE OR NEXT OF KIN Felicts May Bennett

STATUS          9300161-68   FTA/NWHX8   NO BOND

SENTENCE BEGINS          HOLD FOR

SENTENCE EXPIRES

                    TIME ALLOWED—GOOD BEHAVIOR

BEHAVIOR          DRAFT BOARD & CLASSIFICATION

HOW RELEASED X Turned to Crenshaw Co. Jal   DATE 6-18-97   TIME

RELEASING OFFICER Rob

ENTERING R/I PRINT          RELEASING R/I PRINT

REMARKS: Hold for Crenshaw Crenshaw

$500 cash to Clerk

**BOOKING SHEET**

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num  **97003224**    **Book Seq**    **1**

|  | Person ID | Last Name | **First** | **Middle** |
|---|---|---|---|---|
| No: | 95000153 | BENNETT | JEFFERY | |

| Sex | M | Race | W | Suffix | | | |
|---|---|---|---|---|---|---|---|
| Dob | 02/18/70 | Address | CHILDREE TR LOT 17 | H | | | |
| Age | 27 | City | OPP | State | AL | Zip | |
| Height | 6'02 | Phone | ( ) - | Driv Lic | | | St |
| Weight | 170 | Employer | | Position | | | |
| Hair Color | BLK | Empl Phone | ( ) - | Ssn | 424068491 | | |
| Eye Color | BRO | Birth Plac | CRENSHAW CO | Birth Stat | AL | Citizen | Y |
| Build | MED | Sid | | Fbi | | | |
| Complexn | BLK | Alt Id | | Prison | CRENSHAW CO | | |
| Ncic | | | Marital Status | | | | |

| Next of kin last | | | First | | Middle |
|---|---|---|---|---|---|
| Address | | | | | |
| City | | State | Zip | | |
| Phone | ( ) - | | | | |
| Hand | | Hearing | Vision | Education | |
| Eng read | | Eng write | Eng speak | Religion | |
| Gang Alert | | Moniker | | | |

Scar Tatoo
Remarks

| Book Date | 06/03/97 | Time 23:01 |
|---|---|---|
| Book Type | FULL | |
| Book Off | JACKSON | |

| Arrest Date | 06/03/97 | Time | 20:51 |
|---|---|---|---|
| Agency | CCSO | Officer | M. ODOM |
| Location | OPP PD | | |
| Ori No | | | |

| Search By: COSBY | | | | |
|---|---|---|---|---|
| Clothing | N | Metal | N | Strip N |
| Pat down | N | Cavty | N | |

| Serv Off | M. ODOM | | |
|---|---|---|---|
| Cell | HOLDIN | Bed | |
| Cust Stat | AA/T | Class | MED |
| Held For | CCSD | Reason Hld | AB |
| Out Date | / / | Out Time | |
| Bondsman | | | |
| Attorney | | | |

| Photo | Y | Prints | N |
|---|---|---|---|
| Ncic Check | N | Call | N |

Comment

State of Alabama
Unified Judicial System

Form C-42          Rev 6/88

# ORDER OF RELEASE
# FROM JAIL

Case Number

DC 73-1161-68

DC 94-557-585

IN THE _____ District _____ COURT OF _____ County _____ COUNTY

STATE OF ALABAMA          v.          Jeffery J. Bennett

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of

WWHF aliases

Reason for Release _____ Posted payment agreement with State _____

Date     June 18, 1997

COURT RECORD   (Original)          JAILER   (Copy)          Judge/Clerk _____

By: _____

RELEASE SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num    97003224    **Book Seq**    1

|  | Person ID | Last Name | **First** | **Middle** |
|---|---|---|---|---|
| No: | 95000153 | BENNETT | JEFFERY | |

| Sex | M | Race | W | Suffix | | | | |
|---|---|---|---|---|---|---|---|---|
| Dob | 02/18/70 | Address | CHILDREE TR LOT 17    H | | | | | |
| Age | 27 | City | OPP | **State** | AL | Zip | | |
| Height | 6'02 | Phone | ( )  - | **Driv Lic** | | | St | |
| Weight | 170 | Employer | | **Position** | | | | |
| Hair Color | BLK | Empl Phone | ( )  - | Ssn | 424069491 | | | |
| Eye Color | BRO | Birth Plac | CRENSHAW CO | **Birth Stat** | AL | Citizen | Y | |
| Build | MED | Sid | | Fbi | | | | |
| Complexn | BLK | Alt Id | | **Prison** | CRENSHAW CO | | | |
| Ncic | | | **Marital Status** | | | | | |

| Next of kin last | | **First** | **Middle** |
|---|---|---|---|
| Address | | | |
| City | | State | Zip |
| Phone | ( )  - | | |

| Hand | Hearing | Vision | Education |
|---|---|---|---|
| Eng read | Eng write | Eng speak | Religion |
| Gang Alert | Moniker | | |

Scar Tatoo
Remarks

| Book Date | 06/03/97 | Time 23:01 |
|---|---|---|
| Book Type | FULL | |
| Book Off | JACKSON | |

| Arrest Date | 06/03/97 | Time | 20:51 |
|---|---|---|---|
| Agency | CCSO | Officer | M. ODOM |
| Location | OPP PD | | |
| Ori No | | | |

| Search By: COSBY | | | |
|---|---|---|---|
| Clothing N | Metal N | Strip N | |
| Pat down N | Cavty N | | |

| Serv Off | M. ODOM | | |
|---|---|---|---|
| Cell | A-BLOC | Bed | |
| Cust Stat | AA/T | Class | MED |
| Held For | CCSD | Reason Hld | AB |
| Out Date | / / | Out Time | |

| Photo | Y | Prints | N |
|---|---|---|---|
| Ncic Check | N | Call | N |

| Release Date | 06/18/97 | Time 15:08 | Bondsman |
|---|---|---|---|
| Reason | TRAN | | Attorney |

Comment    released to crenshaw co per their hold, they will
*Bond on our VOP chgs.*

**Covington County**
Sheriff
Wilbur C. Mitchell



**Sheriff's Department**
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

FAX COVER SHEET

DATE _9-18-97_ TIME _____

TO _Crenshaw Co Jail_

ATT _Jail_

FAX _334) 335- 5805_

FROM _Covington Co. Jail_

SENDER'S PHONE# _334) 222- 1554_

SENDER'S FAX# _334) 427- 3058_

NUMBER OF PAGES INCLUDING THIS PAGE _3_



**Covington County**
Sheriff
Wilbur C. Mitchell

**Sheriff's Department**
Covington County Courthouse
Andalusia, Alabama 36420
Office (334) 222-3148
FAX (334) 222-7603

Date: September

Ref: Jeffrey Bennett

Could you please place a Hold on this Subject for Covington County Jail.

Order Attached

Thank You

S.S.NO. 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

95 000153

PRISONER'S JAIL RECORD

NO. _____

NAME _Bennett, Jeffery Jameson_    DATE _10/29/92_    TIME _1244 hrs_

ALIAS _Jamie_    ADDRESS _Apt C-10 Heritage Cir. Opp_

AGE _22_ RACE _B_ SEX _M_ EYES _BRO_ HAIR _BLK_ HEIGHT _6'02"_ WEIGHT _125_

DATE OF BIRTH _2/13/70_    PLACE OF BIRTH _Luverne AL_    SCARS OR MARKS _Tat - L. Arm_

ARRESTING OFFICER _Van Simmons_    ARRESTING AGENCY _CCSO_

OFFENSE _Back for Court_

TELEPHONE NO _____

STATUS _Married_    SPOUSE OR NEXT OF KIN _Lucretia Bennett_

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _____

BEHAVIOR _Good_    TIME ALLOWED—GOOD BEHAVIOR _____

HOW RELEASED _Back To Crenshaw_    DATE _11-05-92_    TIME _10 AM_

RELEASING OFFICER _Roberts_    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT | RELEASING R/I PRINT

REMARKS: _Hold For Crenshaw Co._
T. V. S.    _10-31-92 Child Support in Covington Co._



Swanson Inmate Commissary Services
at COVINGTON COUNTY JAIL

Close Account Acknowledgement
A10517
by MAR per 1 on 11/05/97 at 10:11

Name JEFERY BENNETT
SOCSECU Number     42406341

| TO/FROM | | AMOUNT | | BALANCE |
|---------|---|--------|---|---------|
| Initial | + | | | 15.00 |
| Added | + | 50.00 | + | 65.00 |
| Ordered | - | 64.35 | - | 0.65 |
| Credited | + | 0.00 | + | 0.65 |
| Drawn | - | 0.00 | - | 0.65 |

Received     at close =     0.65

          as CASH          0.00

B 3669     by CHECK        0.65

Signed _____

outgoing

# PRISONER'S JAIL RECORD

S.S.NO. 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    NO. _____

CS 72 CY

NAME Bennett, Jeffery Jamison    DATE 03/18/99    TIME 20:44 hrs

ALIAS _____

ADDRESS Rt 44 Riverview Tr. Park Opelika

AGE 29    RACE B    SEX M    EYES Bro    HAIR Blk    HEIGHT 6'2"    WEIGHT 175

DATE OF BIRTH 03/8/70    PLACE OF BIRTH Lucerne    SCARS OR MARKS Tat Rt Arm Sun-Ship

ARRESTING OFFICER 9374 - Van Simmers    ARRESTING AGENCY CCSO

OFFENSE PTA NJWI X9    Arrest Oder X2    TELEPHONE NO 493-8038

STATUS _____    SPOUSE OR NEXT OF KIN Lucretia Wade (wife)

SENTENCE BEGINS _____    SENTENCE EXPIRES _____    HOLD FOR _____

BEHAVIOR Good    TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED Trans. to Crenshaw Co.    DATE 03/19-99    TIME 1622

RELEASING OFFICER ___CS-8    DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____ RELEASING M PRINT _____

REMARKS. Hold has been placed for Cov. Con. et Cren. Co.

Judge McGeure
Nol Art 3/1/99
_____

COVINGTON COUNTY JAIL

AUTHORIZATION FOR MEDICAL TREATMENT

I, THE UNDERSIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL AUTHORIZE THE

RESPONSIBLE PHYSICIAN/REGISTERED NURSE (OR WHOMEVER HE/SHE DESIGNATES) TO

ADMINISTER MEDICAL EXAMINATIONS AND/OR TREATMENT AS NECESSARY WHILE I AM

INCARCERATED IN THIS FACILITY.

INMATE SIGNATURE: X _Jeffrey Ross_

DATE: 03-18-99                    SSN: 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

WITNESS: James Macks

DATE: 03-18-99

RELEASE FORM RESPOSIBILITY

I, THE UNDERSIGNED, AS AN INMATE OF THE COVINGTON COUNTY JAIL HAVE THE LEGAL

RIGHT TO REFUSE TREATMENT, EXAMINATION, PROCEDURES AND/OR MEDICATIONS IF I

SO CHOOSE DURING MY INCARCERATION IN THIS FACILITY.

I HEREBY RELEASE THE COVINGTON COUNTY FROM ANY RESPONSIBILITY AND REFUSE

MEDICAL EXAMINATIONS AND/OR TREATMENT WHILE I AM INCARCERATED BY THIS FACILITY.

INMATE SIGNATURE: X

DATE: 03-18-99                    SSN: 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

WITNESS: James Macks

DATE: 03-18-99

R-84 (Rev. 5-14-80)

**FINAL DISPOSITION REPORT**

Leave Blank

**Note:** This vital report must be prepared on each individual whose arrest fingerprints have been forwarded to the FBI Identification Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **Director, FBI, Washington, D.C. 20537,** **Attention: Identification Division.**
(See instuctions on **reverse side**)

FBI No.

Final Disposition & Date
(If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.)

Name on Fingerprint Card Submitted to FBI
Last            First            Middle

BENNETT   JEFFERY   JAIMESON

Date of Birth 02-18-70          Sex M

Henry
Fingerprint
Classification
From FBI 1-B Response

State Bureau No. (SID)

Social Security No. (SOC)
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

This Form Submitted By:
(Name, Title, Agency, ORI No., City & State)

Contributor of Fingerprints (Include **complete** name and location of agency, together with ORI number.)

Signature                    Date

Title

Arrest No. (OCA)

Date Arrested or Received
03-18-99

☐ COURT ORDERED EXPUNGEMENT:
Return Arrest Fingerprint Card to Contributing Agency;
Certified or Authenticated Copy of Court Order Attached.

Offenses Charged at Arrest

NW AIX9

Right Four Fingers Taken Simultaneously

If additional space is needed, check ☐ and continue on reverse side of this form.

State of Alabama
Unified Judicial System

Form C-42          Rev 6/88

# ORDER OF RELEASE FROM JAIL

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA          v. _____

Case Number

CS 92-64

TO THE JAILER, WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date    3-30-99          COURT RECORD (Original)          JAILER (Copy)          Judge/Clerk          By:

only for this crenshaw jail hold must pay its prior

---

Last _____ : BENNETT          First _____ : JEFFERY
Address  : LOT #44 PINEVIEW TRAILER PARK OPP AL Mi: J     SSN: 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
Alias    :                                         DOB: 2/18/1970 Age: 29     Cell: B-BLOCK
Height   : 6'02          Weight: 175          Eye: BRO     Sex: M     Hair: BLK
Scars    :                Marks:              Race: B
Tatoos   : RT AND LEFT SHOULDER
Arrested : 3/18/1999 20:44(24hr) Loc:                    Complexion: MED
Mis/Fel  : M M F          BillTO:CC COV, COUNTY     Officer: SIMMONS 2314     $:
Charges  : FTA NNMI X 9 ARREST ORDER X 2

Sentence :                         AwaitTrial: Y N Y
BirthLOC : LUVERNE, AL.          Kin: LUCRETIA WADE                    PH: 493-8028
Release  : TRANS TO CRENSHAW          CO FOR FTP X 4 OFFICER WHITE
Rel.Type : TRANS          Date: 3/19/1999 Time: 16:10
Bond     : NO BOND
Duty     :                         AIS :          In/Out: 0 I 0
Holds    : SHAFFER OUT
Status   : HOLDS PLACED ON SUB FOR COVINGTON CO FROM CRENSHAW CO
           INCARCERATED IN CRENSHAW CO JAIL FOR FTP CHARGES

F2-SAVE

Donald Wills

# PRISONER'S JAIL RECORD

NO. _____

S.S.NO. 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

NAME _Tester Tanier Bennett_ DATE 05-24-01 TIME 1830

ALIAS _Tanie Bennett_ ADDRESS 702 Patterso~

AGE 31 RACE B SEX M EYES BRO HAIR BLK HEIGHT 6-2 WEIGHT 190

DATE OF BIRTH 03-18-70 PLACE OF BIRTH Luverne, Al.

SCARS OR MARKS _____

ARRESTING OFFICER _Rossie_ ARRESTING AGENCY _____

OFFENSE _Torture, Abuse, Abuse Neglect of..._ TELEPHONE NO. 83.3007

STATUS $10,000.00 Bond SPOUSE OR NEXT OF KIN _Elise May Bennett_

SENTENCE BEGINS _____ SENTENCE EXPIRES _____ HOLD FOR _____

TIME ALLOWED— GOOD BEHAVIOR _____

BEHAVIOR _____ DATE 5-24-01 TIME 7:23 p.m.

HOW RELEASED _Bond_ DRAFT BOARD & CLASSIFICATION _____

RELEASING OFFICER _C. Jones_

ENTERING R/I PRINT _____ RELEASING R/I PRINT _____

REMARKS: _Bond / Property_

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | Arr. Completed |
|---|---|
| ☒ Yes | ☐ Yes |
| ☐ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 2 3 0 2 0 0 | OPP PD. | | |

**5 LAST, FIRST, MIDDLE NAME**
Bennett, Jeffery Jameson

**6 ALIAS AKA**
Jamie Bennett

| 7 SEX | 8 RACL | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ A ☐ H | 6,2 | 190 | BRO | BLK | MED | ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Luverne, Crenshaw Al. | 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 | 02 18 70 | 31 | B530430700580 |

| 20 SID # | 21 Fingerprint Class | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | FL. |

| 24 FBI # | HENRY CLASS | |
|---|---|---|
| | NCIC CLASS | |

**25 IDENTIFICATION COMMENTS**
IA card

| 26 ☐ RESIDENT ☒ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 36467 702 Patterson Dr. Opp Al. | 28 RESIDENCE PHONE 334-493-3852 | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| JB's Barber + Style | Hwy 331 Luverne Al. J | 334-335-6468 |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| Luverne Al. | | ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | | 43 DAY OF ARREST | 44 TYPE ARREST | 46 ARRESTED BEFORE? |
|---|---|---|---|---|---|
| 05 04 01 | 12:30 ☐ 1. AM ☒ 2. PM ☐ MIL. | | S M T W T ☒F S | ☒ ON VIEW ☐ ON CALL ☐ WARRANT | ☐ YES ☐ NO ☐ UNKNOWN |

| 44 CHARGE–1 ☐ FEL ☒ MISD 18 | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Torture Wilful Abuse Hndic | | | |

| 50 STATE CODE/LOCAL ORDINANCE 26-15-3 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE–3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT–LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

☐ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Kyser, Mark | 112 ID # 29 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90



Date : 5/24/01

Name :  Jeffery Jameson Bennett          Address : 702 Patterson Dr.
City : Opp                               State : Alabama          Zi

| D. O. B. | AGE | SEX | RACE | HGT. | WGT. | EYES | HAIR | TIME |
|----------|-----|-----|------|------|------|------|------|------|
| 02/18/70 | 31  | M   | B    | 6'02" | 190 | Bro  | Blk  |      |

MARTIAL STATUS          S. S. N.          DRIVER LICENSE NO.

(M)   S   D   W          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          B530430700580

OFFENSE (S) : Torture, willful abuse, etc. of child under 18 y.o.a.          STATE

SCARS, MARKS, TATTOOS: _____

EMPLOYER : Self Employed _____ ADDRESS : _____

HOME PH : (    )    -    _____ WORK PH : (    )    -    _____ OCCUPATION

ARRESTING OFFICER(S) : Kyser _____

PLACE OF ARREST : Luverne P. D.  Luverne, Al. _____

ARRESTED WITH (1) ACCOMPLICE (FULL NAME) : _____

ARRESTED WITH (1) ACCOMPLICE (FULL NAME) : _____

REMARKS : _____

_____

_____

_____

_____

# OPP POLICE DEPARTMENT
# PRISONER PROPERTY LOG SHEET

**PRISONER'S NAME:** *Jeffery J. Bennett*          **DATE:** 05-24-01

| | | | | |
|---|---|---|---|---|
| Ammunition | Cigarettes | ID Card | Necklace | Tie-Neck |
| Bag-Hand | Clothing | Jewelry | Package | Tie-Tack/Clip |
| Beer | Coat | Junk | Papers | Tobacco |
| / Belt | Comb | Keys | Pen-Pencil | Toilet Articles |
| / Billfold | Drivers License | Knife | Purse-Coin | Tools |
| Boots/Shoes | Ear Rings | Liquor | Purse-Lady | Watch |
| Books | Flashlight | Lighter | Purse-Man | Weapon |
| Boxes | Glasses | Luggage | Radio/TV | Whiskey |
| Brief Case | Gloves | Medicine | Razor | Wine |
| Camera | Groceries | Money Clip | Rings | Hat/Cap |
| Candy | Musical Instrument | Suitcase | Check Book | Nail Clip |
| Sweater/Coat | Credit Cards | Other Item(s): | | |

**CURRENCY (BILLS)**

| | | | |
|---|---|---|---|
| | $100.00's | Total | $ |
| | $50.00's | Total | $ |
| | $20.00's | Total | $ |
| / | $10.00's | Total | $ 10 00 |
| | $5.00's | Total | $ |
| / | $1.00's | Total | $ 1 00 |

**TOTAL AMOUNT CURRENCY:** $ 11.00
**TOTAL AMOUNT OF CHANGE** $ —
**COMBINED TOTAL AMOUNT OF ALL CURRENCY, CHECKS, AND CHANGE.** $ 11.00

**CHECKS**

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**TOTAL AMOUNT OF ALL CHECKS** $

I certify that the above is a correct list of items removed from my POSSESSION at the time I was placed Jail. **PRISONERS SIGNATURE** _____

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this ____ day of _May_ , _2000_ at _1:48_ AM/PM. **SIGNATURE OF RECEIVING OFFICER** _____

I have received all of the above listed property (minus any property previously released as is indicated on this receipt) on this _____ day of _____ , _____ at ____ : ____ AM PM. **PRISONER'S SIGNATURE** _____

**PRISONER PROPERTY SEIZED AS EVIDENCE?** ☐ YES ☐ NO IF YES, SEIZED BY: _____

**DESCRIBE PROPERTY:** _____

**RELEASED ITEMS:** _____ **DATE:** 5-24-01 _____ **TIME:** 7:23 p.m.
**RELEASING OFFICER:** _____ **AGENCY:** CCSO
**RECEIVING OFFICER:** _____ **AGENCY:** _____

# COVINGTON COUNTY JAIL
## Page 6

THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON
AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:

I _____ HAVE BEEN ADVISED BY THE JAILER

OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO
SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON
COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND
UNDERSTAND THESE RULE,S AND TO FOLLOW THEM.IF YOU ARE NOT ABLE
TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.


_____                    DATE:_____
INMATE SIGNATURE


_____                    DATE: 5-24-01
JAILERS SIGNATURE

# BOOKING SHEET
## PAGE 4

Inmate Name _Bennett, Jeffery J._    Date _5-24-01_    Time _1230_

## HEALTH SCREENING FORM

1.    Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                    ☐ g. Alcoholism

☐ b. Heart Trouble             ☐ h. Mental Illness

☐ c. Hypertension              ☐ i. Venereal Disease

☐ d. Diabetes                  ☐ j. Tuberculosis

☐ e. Epilepsy or Seizure       ☐ k. Ulcer

☐ f. Drug Addiction            ☐ l. Faintly of recent head injury

                               ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment _____

_____

_____

_____

2.    Are you allergic to anything? _____ If yes, what? _____

_____

3.    Have you ever been determined to be HIV positive? _____ If yes, when? _____

_____

_____

4.    Are you currently taking any prescription medication? _____ If yes, what? _____

_____ For what? _____

_____

5.    Does the inmate require a special diet prescribed by a physician? _____ If yes, what? _____

_____ For what? _____

6.    Do you have any other medical or mental problem we should know about? _____ If yes, what? _____

_____

_____

# BOOKING SHEET
## PAGE 2

Inmate Name _Barrett, Jeffery J._     Date _5-24-01_   Time _12:30_

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1. Is the inmate conscious?    yes ☐ no ☐

2. Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a need for medication attention?    yes ☐ no ☐

3. Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?    yes ☐ no ☐

4. Is the skin in poor condition or showing signs of vermin?    yes ☐ no ☐

5. Does the inmate appear to be under the influence of alcohol or drugs?    yes ☐ no ☐

6. Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes nausea, pinpoint pupils, or cramping?    yes ☐ no ☐

7. Does the inmate's behavior suggest the risk of assault to staff or other inmates?    yes ☐ no ☐

8. Does the inmate have medication with him?    yes ☐ no ☐

9. Are there any obvious physical handicaps or signs of mental retardation?    yes ☐ no ☐

10. Does the inmate appear to be depressed or despondent?    yes ☐ no ☐

11. Does the inmate have obvious scars from previous suicide attempt(s)?    yes ☐ no ☐

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# RELEASE

**Authorization To Obtain Information:**  I hereby authorize any licensed physician or medical practitioner, any hospital, clinic or other medical or medically related facility, and any other organization, institution or person that has any records or knowledge of me or my health, to give to the Covington County Jail Nurse any such information.  This authorization is valid for the entire length of my stay at Covington County Jail.

Bennett Jeffery J.
_____
Printed Name of Inmate

_____
Signature of Inmate

Social Security Number: 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
_____

Date signed:  (month/day/year) 5-24-01
_____

_____
Witness                          Witness

S.S.NO. 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

## PRISONER'S JAIL RECORD

NO. _____

NAME BENNETT JACKSON S     DATE 11/04/01     TIME 10:30

ALIAS _____

AGE 31   RACE B   SEX M   EYES BRN   ADDRESS 404 3rd ST POP 245

DATE OF BIRTH 02/18/1970   PLACE OF BIRTH LOVERNS AL   HAIR BLK   HEIGHT 6'02"   WEIGHT 175

SCARS OR MARKS _____

ARRESTING OFFICER CUCCRT   ARRESTING AGENCY CCSO

OFFENSE N/A NNNJ X 9 - ARREST ORDER,     TELEPHONE NO 527-2609

SPOUSE OR NEXT OF KIN ELLIOR MAJ, BENNETT

STATUS _____

SENTENCE BEGINS _____   SENTENCE EXPIRES _____   HOLD FOR _____

BEHAVIOR _____   TIME ALLOWED— GOOD BEHAVIOR _____

HOW RELEASED Per Pr. Per Judge   DATE 11/6/2001   TIME 1630

RELEASING OFFICER _____   DRAFT BOARD & CLASSIFICATION _____

ENTERING R/I PRINT _____   RELEASING R/I PRINT _____

REMARKS _____

ATTORNEY _____

CALLED ATTORNEY_____ DATE:_____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|---|---|
|  |  |
|  |  |
|  |  |

SEARCHED BY _____

— PERSONAL PROPERTY —

VEHICLE INVOLVED? _____ IMPOUNDED? _____

Year        Make        License No.

CURRENCY $ _____    RINGS _____

CHANGE    $ *70/100*    KEYS _____

CHECKS    $ _____    CARDS _____

TOTAL     $ _____    KNIFE _____

WALLET _____    LIGHTER _____

WATCH _1_____    PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED _) Billfold — ) Chap ssio,_
_2 Ear Rings. — ) Pair. Shoe Strings._

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE _____

Received all of the above listed property this _6th_ day of _November — 2001_

SIGNED _____

11/06/2001 16:42
AL0230000

NO NCIC PERSON WANTS SOC/424069491
SEQ # 0081 MRI # 117859

16:40 11/06/2001 117860
AL0230000

NO NCIC WANT SOC/424069491
SEQ # 0082 MRI # 117860

## COVINGTON COUNTY JAIL
### Page 6

THIS FORM IS TO BE READ TO THE INMATE AT TIME OF BOOKING OR AS SOON
AFTER IF THEY ARE NOT ABLE TO UNDERSTAND AT THE TIME OF BOOKING:

I _Jeffrey Bennett_ HAVE BEEN ADVISED BY THE JAILER
OF THE FOLLOWING.

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO
SEARCH BY AUTHORIZED PERSONNL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

I HAVE RECEIVED A COPY OF THE INMATE RULES FOR THE COVINGTON
COUNTY JAIL AND UNDERSTAND THAT IT IS UP TO ME TO READ AND
UNDERSTAND THESE RULE,S AND TO FOLLOW THEM. IF YOU ARE NOT ABLE
TO READ THEM ASK THE OFFICER TO READ THEM TO YOU.

INMATE SIGNATURE                    DATE: 11/06/61

JAILERS SIGNATURE                   DATE: 11/06/01

## BOOKING SHEET
### PAGE 5

Inmate Name: _BENNETT JEFFERY_ Date _11-06-01_ Time _0140_

1.    Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inablilty:_____

_____

_____

_____

_____

2.   1 certify that I have today observeinmate _JEFFERY BENNETT_, and asked him/her the questions listed on the Covington County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: _11/06/01_

Time: _10:42_

# BOOKING SHEET
## PAGE 4

Inmate Name  BENNETT JEFFERY 3          Date 11-06-01   Time 1038

## HEALTH SCREENING FORM

1.   Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                    ☐ g. Alcoholism
☑ b. Heart Trouble             ☐ h. Mental Illness
☑ c. Hypertension              ☐ i. Venereal Disease
☐ d. Diabetes                  ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure       ☐ k. Ulcer
☐ f. Drug Addiction            ☐ l. Faintly of recent head injury
                               ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment  Hypertension - Heart Trouble
Last Month.

2.   Are you allergic to anything?  Yes          If yes, what? MORPHINE

3.   Have you ever been determined to be HIV positive?  No          If yes, when? _____

4.   Are you currently taking any prescription medication?  Yes     If yes, what? Vioxx -
Isinopril - Nitro-tabs. and Blood meds - Aspirin
For what? Heart - Trouble.

5.   Does the inmate require a special diet prescribed by a physician?  Yes   If yes, what? No Salt
For what? _____

6.   Do you have any other medical or mental problem we should know about?  No    If yes, what? _____

## BOOKING SHEET
## PAGE 3

Inmate Name _____ Date _____ Time _____

## SUICIDE PREVENTION SCREENING FORM
### (Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe the inmate is a suicidal risk? | | ✓ |
| 2. Does the inmate lack close family or friend in the community? | | ✓ |
| 3. Has the inmate experienced a major loss in the past six months? (i.e. loss of a relative, job, etc.) | | ✓ |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | ✓ |
| 5. Has someone close to the inmate (family, spouse, friend) attempted or committed suicide? | | ✓ |
| 6. Does the inmate have a history of psychiatric treatment? | | ✓ |
| 7. Does the inmate have a history of drug or alcohol abuse? | | ✓ |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | ✓ |
| 9. Is the inmate thinking of killing himself? | | ✓ |
| 10. Has the inmate previously attempted suicide? | | ✓ |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | ✓ |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | ✓ |
| 13. Does the inmate appear to be anxious, afraid or angry? | | ✓ |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | ✓ |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | ✓ |
| 16. Is the inmate under the influence of alcohol or drugs? | | ✓ |
| 17. Is this the inmate's first arrest? | | ✓ |

Total number of "Yes" Responses _____

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

# BOOKING SHEET
## PAGE 2

Inmate Name _BENNETT JEFFERY J_    Date _1/04/01_    Time _1035_

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  Is the inmate conscious?                                                                              yes ☑  no ☐

2.  Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a
    need for medication attention?                                                                        yes ☐  no ☑

3.  Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?               yes ☐  no ☑

4.  Is the skin in poor condition or showing signs of vermin?                                            yes ☐  no ☑

5.  Does the inmate appear to be under the influence of alcohol or drugs?                                yes ☐  no ☑

6.  Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes
    nausea, pinpoint pupils, or cramping?                                                                 yes ☐  no ☑

7.  Does the inmate's behavior suggest the risk of assault to staff or other inmates?                    yes ☐  no ☑

8.  Does the inmate have medication with him?                                                            yes ☐  no ☑

9.  Are there any obvious physical handicaps or signs of mental retardation?                             yes ☐  no ☑

10. Does the inmate appear to be depressed or despondent?                                                yes ☐  no ☑

11. Does the inmate have obvious scars from previous suicide attempt(s)?                                 yes ☐  no ☑

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# RELEASE

**Authorization To Obtain Information:** I hereby authorize any licensed physician or medical practitioner, any hospital, clinic or other medical or medically related facility, and any other organization, institution or person that has any records or knowledge of me or my health, to give to the Covington County Jail Nurse any such information. This authorization is valid for the entire length of my stay at Covington County Jail.

_BYNNISS  JEFFRAY  J._
Printed Name of Inmate

Signature of Inmate

Social Security Number: _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_

Date signed: (month/day/year) _11/06/01_

Witness _____ Witness

COPY
SERVE ON DEFENDANT

| | |
|---|---|
| STATE OF ALABAMA IN THE MATTER OF * | IN THE DISTRICT COURT OF |
| * | |
| SHAMARI CRITTENDEN, * | COVINGTON COUNTY ALABAMA |
| * | |
| TABITHA CRITTENDEN, * | CASE NO. CS-1995-91.02 |
| * | |
| PLAINTIFF, * | DHR NO. 30186 |
| * | |
| VS. * | FILED IN OFFICE |
| * | |
| JEFFREY BENNETT, * | JAN 1 7 2002 |
| * | |
| DEFENDANT. * | *Roy A Powell* CLERK |

## ORDER

This cause came on for hearing on January 17, 2002. Plaintiff was present with the attorney for the State of Alabama, Leland G. Enzor, Jr. The Defendant was not present. The Court proceeded to hear the evidence and finds as follows: That the Defendant was served with a summons on January 4, 2002, to appear in court on January 17, 2002; that the Defendant is not a minor, an incompetent or a member of the military.

Wherefore, the premises considered, it is ORDERED, ADJUDGED and DECREED as follows:

1. That as of January 17, 2002, the Defendant owes arrears as follows: Non-ADC arrears in the amount of $2134.99, plus interest of $323.24; and ADC arrars in the amount of $11,723.92, plus interest of $6,224.73.

2. **That the Sheriff of Covington County arrest the Defendant and incarcerate him in the Covington County Jail until such time as he purges himself of such contempt.**

Done and Ordered this 17th day of January, 2002.

_____
DISTRICT COURT JUDGE
F. L. McGuire III

Description of Defendant: Black/Male; SSN: 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; DOB: 2/18/1970;
                          Black Hair/Brown Eyes

Address of Defendant:     404 Third Street, Opp, AL  36467

**COPY**
SERVE ON DEFENDANT

STATE OF ALABAMA IN THE MATTER OF
**LAQUINDA D. WADE**

IN THE JUVENILE COURT OF
COVINGTON COUNTY, ALABAMA

**LUCRETIA D. WADE,**
    PLAINTIFF,

                          *

VS.

**JEFFREY BENNETT,**
    DEFENDANT.

CASE NO.: CS-1992-64 .
D.H.R. NO.: 29202

FILED

FEB 2 6 2002

_Roy A Powell_
CLERK

### ARREST ORDER

TO:  ANY SHERIFF OR OTHER LAWFUL OFFICER

The Defendant having been served on January 15, 2002, with a Contempt Petition for Non-payment of Support and an Order Setting Hearing for February 20, 2002, at 10:30 a.m., ordering said Defendant to appear at that time and said Defendant having failed to do so, it is therefore,

ORDERED, ADJUDGED and DECREED that the Sheriff of Covington County is hereby ordered to immediately arrest the said Defendant and commit him to the Covington County Jail, there to remain until he purges himself of this contempt of court.

The Sheriff is ordered to report to the Court and to Department of Human Resources the fact of the Defendant's incarceration within 72 hours of such time as said incarceration commences.

DONE and ORDERED this the 26 day of February, 2002.

F.L. McGuire, III
Juvenile Court Judge

Serve Defendant at:
404 Third Street
Opp, Alabama  36467

Defendant's Description:  Black male; Social Security number, 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; date of birth, February 18, 1970; 5'8"; black hair and brown eyes.

3 counts
contempt
child support

STATE OF ALABAMA IN THE MATTER OF      IN THE JUVENILE COURT OF
**LAQUINDA D. WADE**                    COVINGTON COUNTY, ALABAMA

**LUCRETIA D. WADE,**                *
        PLAINTIFF,
                                     *
                                            CASE NO.:  CS-1992-64
VS.                                  *      D.H.R. NO.:  29202

                                     *
**JEFFREY BENNETT,**                         FILED
        DEFENDANT.                   *
                                            FEB 2 6 2002

                                            _Roy A Powell_
                                                     CLERK

### ARREST ORDER

TO:  ANY SHERIFF OR OTHER LAWFUL OFFICER

The Defendant having been served on January 15, 2002, with a Contempt Petition for Non-payment of Support and an Order Setting Hearing for February 20, 2002, at 10:30 a.m., ordering said Defendant to appear at that time and said Defendant having failed to do so, it is therefore,

ORDERED, ADJUDGED and DECREED that the Sheriff of Covington County is hereby ordered to immediately arrest the said Defendant and commit him to the Covington County Jail, there to remain until he purges himself of this contempt of court.

The Sheriff is ordered to report to the Court and to Department of Human Resources the fact of the Defendant's incarceration within 72 hours of such time as said incarceration commences.

DONE and ORDERED this the 26 day of February, 2002.

                                    _F.L. McGuire, III_
                                    Juvenile Court Judge

Serve Defendant at:
404 Third Street
Opp, Alabama  36467

Defendant's Description:  Black male; Social Security number, 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; date of birth, February 18, 1970; 5'8"; black hair and brown eyes.

EXECUTED THE WITHIN _Contempt_
_County_
BY SERVING A COPY TO _Jeffrey Bennett_
IN _____ THIS _11_ DAY OF _July_ 20 _02_
SHERIFF _____
DEPUTY SHERIFF _C. Daly Nichols_  2517

```
================================================================================
Print Screen for: BENNETT, JEFFREY J
                                                    7/11/2002   13:23
                                              Booked By: E.HORATH
================================================================================
Last     : BENNETT        First: JEFFREY      MI: J        SSN: 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
Prop.Loc.:                     Currently In/Out: O       IMOD$:      $0.00
Address  : 404THIRD ST.OPP,AL. 36467                     Cell: HOLDING
Alias    :                         DOB: 2/18/1970   Age: 32   Sex: M
Height   : 6FT.2   Weight: 193   Eyes: BRO   Hair: NONE     Race: B
Scars    :                 . Marks:              Complexion: DARK
Tatoos   : RT. ARM                            BirthLOC: CRENSHAW CO. AL
NextOfKin: LUCRETIA BENNETT      Ph: 493-3852
Arrested :  7/11/2002 @ 11:30   Loc: COV.CO JAIL
Mis/Fel  : M  BillTo: CC   COV. COUNTY    ArrestOfficer: T.MOTLEY
Charges  : CASE CS-1992-64-DHR-29202;CASE-1995-91.02-DHR-30186
Charges2 : CASE-CS-2001-49.01-DHR-NO-34012          _
Convicted:    / /      Sentence:            AwaitTrial: N
72HR Req?: Y  72HR Due: 7/14/2002     72HR Actual:    / /
Release  : RELEASE ORDER PER JUDGE
Rel.Type : R/O              ReleaseDate: 7/11/2002 @ 13:20    AIS:
Bond     :                             DutyOfficer: EHORATH
Holds    :
Notes    :
================================================================================
Seq:      8,757
```

State of Alabama
Unified Judicial System

Form C-42        Rev 6/88

# ORDER OF RELEASE FROM JAIL

Case Number
CS-95-91.02
CS-01-49.01
CS-92-64.01

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA        v.        Jeffery Bennett

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Failure to pay child support

Reason for Release _____ Judge's Order

Date ___7/11/02___

COURT RECORD   (Original)        JAILER   (Copy)        Judge/Clerk _____        By: _____

---

State of Alabama
Unified Judicial System

Form C-42        Rev 6/88

# ORDER OF RELEASE FROM JAIL

Case Number
DC 93-1161 thru 1168

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA        v. _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date _____

COURT RECORD   (Original)        JAILER   (Copy)        Judge/Clerk _____        By: _____

```
===============================================================================
Print Screen for: BENNETT, JEFFREY J                      7/11/2002  12:11
                                                    Booked By: E.HORATH
===============================================================================
Last     : BENNETT      First: JEFFREY      MI: J    SSN: 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
Prop.Loc.:                     Currently In/Out: I      IMOD$:    $0.00
Address  : 404THIRD ST.OPP,AL. 36467                  Cell: HOLDING
Alias    :                            DOB: 2/18/1970  Age: 32   Sex: M
Height   : 6FT.2   Weight: 193    Eyes: BRO    Hair: NONE    Race: B
Scars    :                     Marks:              Complexion: DARK
Tatoos   : RT. ARM                              BirthLOC: CRENSHAW CO. AL
NextOfKin: LUCRETIA BENNETT       Ph: 493-3852
Arrested :  7/11/2002 @ 11:30   Loc: COV.CO JAIL
Mis/Fel  : M  BillTo: CC   COV. COUNTY   ArrestOfficer: T.MOTLEY
Charges  : CASE CS-1992-64-DHR-29202;CASE-1995-91.02-DHR-30186
Charges2 : CASE-CS-2001-49.01-DHR-NO-34012
Convicted:    /   /     Sentence:              AwaitTrial: N
72HR Req?: Y  72HR Due:  7/14/2002      72HR Actual: /  /  /
Release  : Release Order
Rel.Type : per Judge        ReleaseDate: 7/11/2002 @ 13:20   AIS:
Bond     :                         DutyOfficer:
Holds    :                                  E. Horath
Notes    :
===============================================================================
Seq:      8,757
```