**EXHIBIT A, PART 2**

THIS FORM WILL BE FILLED OUT BY THE BOOKING OFFICER WHEN A PERSON IS BOOKED IN

LAST NAME: *Bennett*    FIRST: *Jeffrey*    MI: _____
DID YOU PUT PROPERTY IN PROPERTY ROOM *NO*
DID YOU BOOK SUBJECT IN *yes*
DID YOU LIST ALL CHARGES *yes*
DID YOU LIST ALL PROPERTY *yes*
DID YOU LIST ALL HOLDS ON INMATE *NO*
DID YOU TAKE FINGERPRINTS *yes*
DID YOU TAKE PHOTO *yes*
DID YOU ENTER THEIR MONEY IN SWANSON *No*
DID SUBJECT GET A PHONE CALL *yes*
DID YOU PUT SUBJECT ON DAILY JAIL LOOG *yes*
DID YOU ADD SUBJECT ON 72 HOUR LIST *yes*

BOOKING OFFICER *E. Horath*

PUT THIS FORM IN INMATES FILE    DATE: _____

OFFICER'S ARE TO FILL OUT THE REST OF THE FORM WHEN RELEASING INMATE

DATE RELEASED: *7-11-02*
DID YOU CHECK ALL HOLDS ON SUBJECT *NO*
DID YOU RETURN ALL PROPERTY AND MONEY *yes*
DID YOU HAVE THE INMATE SIGN FOR PROPERTY *yes*
DID YOU MAKE SURE THAT THE BOND IS FILLED OUT COMPLETELY *No bond*
ARE YOU SURE THAT THE INMATE IS THE SAME ONE THAT YOU ARE RELEASING *yes*
DID YOU PUT THEIR NAME ON THE DAILY LOG IN THE RELEASE SECTION *yes*
ARE YOU SURE THAT THIS SUBJECT IS TO BE RELEASED AND THAT THEY DO NOT HAVE ANY HOLDS ON THEM *yes*
RELEASING OFFICER: *E. Horath*    DATE: *7-11-02*

PUT THIS FORM BACK IN INMATE FILE WHEN THEY ARE RELEASED

# Profile for
## JEFFERY JAMIE BENNETT
### S424069491

JEFFERY JAMIE BENNETT
404 3RD ST.
OPP  AL  36467

| Social Security Number | | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|---|
| 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 | | 1970-02-18 | 33 | BLACK | M | 6'  02" |

| Weight | Hair | Eyes | Other |
|---|---|---|---|
| 230 | BLACK | BROWN | RT AND LEFT SHOULDER |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
|  |  |  |  |

| Name of Employer 1 | Address |
|---|---|
|  | Telephone |

| Name of Employer 2 | Address |
|---|---|
|  | Telephone |

## NOTES

ON 07/15/2003 @1930 THIS SUBJECT WAS ARRESTED BY CCSO/JACKSON FOR WARRANTS ON FTA-NWNI X9 AND ARREST ORDER-CHILD SUPPORT X3.SUBJECT HAS NO BOND.

Printed Wed Jul 16,2003

# PRISONER'S JAIL REPORT

*# Block*

SSN# 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

BOOKING OFFICER _____

NAME: Bennett Jeffery Jamie

DATE 7-15-03 TIME _____

ALIAS _____

ADDRESS 404 3rd St Oppal 36462

AGE 33 RACE B SEX M EYES Bro HAIR Blk

HGT 6'2 WGT 230 DOB: 2-18-70

PLACE OF BIRTH Crenshaw County

SCARS/MARKS _____

ARRESTING OFFICERS: Jackson

AGENCY: CCSO

OFFENSE: FTA NWPI X 9 ARREST ORDER Child Support X 3

STATUS: _____ NEXT OF KIN: _____

PHONE NUMBER _____

SENTENCE BEGINS: _____

ENDS: _____

HOLDS: _____

BEHAVIOR _____

HOW RELEASED _____

DATE: _____ TIME: _____

RELEASING OFFICER: _____

Property Box #50

REMARKS _____ NO Bond

**COPY**

SHERIFF'S DEPARTMENT

| | |
|---|---|
| STATE OF ALABAMA ex rel | *  IN THE DISTRICT COURT OF |
| | * |
| LUCRETIA D. WADE, | *  COVINGTON COUNTY ALABAMA |
| | * |
| PLAINTIFF, | *  CASE NO. CS-1992-64.1 |
| | * |
| VS. | *  DHR NO. 29202 |
| | * |
| JEFFREY BENNETT, | * |
| | * |
| DEFENDANT. | * |

## ORDER

The Defendant was brought from the Covington County Jail on July 16, 2003, to discuss purge conditions by which he might purge himself of contempt and be released from incarceration.  Upon agreement of the parties, it is ORDERED the the Defendant be returned to incarceration until such time as he pays $3095.89 to be applied toward arrears and interest, to-wit:  ADC arrears of $3095.89, plus interest of $4252.54 as of July 16, 2003.

Done and Ordered this 16th day of July, 2003.

DISTRICT COURT JUDGE
F. L. McGuire III

FILED IN OFFICE

JUL 1 7 2003

CLERK

| Covington County Sheriff<br><br>Printed: Tue Oct 28, 2003 | **INMATE DATA**<br>**JEFFERY JAMIE BENNETT (S424069491)** | Booking Number<br>**200002694**<br>Booking Date<br>**JULY 16th, 2003** |
|---|---|---|

| Section<br>**B-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|

| Address   **404 3RD ST.**<br>**OPP AL 36467** | Home Telephone |
|---|---|

| Sex<br>**M** | Date of Birth<br>**1970-02-18** | Age<br>**33** | Height<br>**6' 02"** | Weight<br>**230** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin   **ELLER MAE BENNETT (MOTHER)**<br>**BRANTLEY  AL  36009** | NOK Telephone<br>**(334) 527-3607** |
|---|---|

| Charge(s)   **FTA-NWNI X9**<br>**ARREST ORDER-CHILD SUPPORT X3** | Bond<br>**NO BOND  NO BOND** |
|---|---|

| Jailer   **CJ008  JOSEY, AMOS** | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type<br>**WARRANT** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**56** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**02316 JACKSON, GREG** |
|---|---|

| Agency Hold For |
|---|

| Release Date<br>**2003-10-27** | Release Time<br>**10:20** | Release Officer |
|---|---|---|

Notes

**PROPERTY IN BOX #22**
**FTA-ASSAULT III---SERVED ON 08-15-03**
**RELEASED ON PASS ON 09-18-03 NEVER RETURNED**
**FTA-NWNI X 9 ON 09-23-03**
**ARREST ORDER SERVED ON 9-18-03**
**RELEASE ORDER FROM THE JUDGE**

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number **200002694** |
|---|---|---|
| Printed: Thu Sep 18, 2003 | **JEFFERY JAMIE BENNETT (S424069491)** | Booking Date **JULY 16th, 2003** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received | |
|---|---|---|---|---|---|
| 1 | PAIR SHOES | | | | |
| 1 | GREY SHIRT            ) | | | | |
| 1 | GREY SHORTS | | | | |
| 1 | GREY WALLET | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Notes    PROPERTY BOX#22

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: 5/18/03 Time: 6:15

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: 5/18/07 Time: 6:15

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff

Printed: Wed Jul 16,2003 | **INMATE DATA**

**JEFFERY JAMIE BENNETT (S424069491)** | Booking Number
**200002694**
Booking Date
**JULY 16th, 2003** |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| A-BLOCK | | | | **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** | | | |

| Address | | | | | | Home Telephone |
|---|---|---|---|---|---|---|
| **404 3RD ST.**
**OPP AL 36467** | | | | | | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1970-02-18 | 33 | 6' 02" | 230 | BLACK | BROWN | BLACK |

| Drivers License | | Class | Vehicle Tag | | Tag Year |
|---|---|---|---|---|---|
| | | | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s)
**FTA-NWNI X9**
**ARREST ORDER-CHILD SUPPORT X3** | Bond
**NO BOND  NO BOND** |
|---|---|

| Jailer
**CJ008  JOSEY, AMOS** | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type
**WARRANT** | Phone Call
**Y** | NCIC Check
**N** |
|---|---|---|

| Arrest Case Number
**BOX#50** | DNA Sample By |
|---|---|

| Agency Arrested For
**COV. COUNTY** | Arresting Officer
**02316  JACKSON, GREG** |
|---|---|

| Agency Hold For
**N** |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

   **PROPERTY BOX#50**

| Covington County Sheriff | **MEDICAL SCREENING FORM** | Booking Number **200002692** |
|---|---|---|
| Printed: Wed Jul 16, 2003 | **STACY A STANTON (S415191965)** | Booking Date **JULY 16th, 2003** |

## ADMISSION OBSERVATIONS

| | | | | | |
|---|---|---|---|---|---|
| Is inmate conscious? | **Y** N | Is inmate capable of responding? | **Y** N | Can inmate walk on own? | **Y** N |
| Any difficulty breathing? | Y **N** | Is inmate hostile/aggressive? | Y **N** | Any visible signs of trauma, bleeding, wounds or illness? | Y **N** |
| Did arrest result in injury? | Y **N** | Any fever, swollen lymph nodes, or jaundice? | Y **N** | Is skin in good condition and free of vermin? | **Y** N |
| Is inmate under obvious influence of alcohol? | Y **N** | Is inmate under obvious influence of drugs? | Y **N** | Any visible signs of alcohol or drug withdrawal symptons? | Y **N** |
| Does inmate suggest risk of suicide? | Y **N** | Do you consider inmate an escape risk? | Y **N** | | |

Observations

**SUBJECT APPEAR OK AT INTAKE**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y N | Heart Disease | Y N | Mental/Emotional Upset | Y N |
| Tuberculosis | Y N | Hypertension | Y N | Attempted Suicide | Y N |
| Sexually Transmitted Disease | Y N | Epilepsy/Convulsions | Y N | Asthma/Emphysema | Y N |
| Ulcers | Y N | Hemophiliac (bleeder) | Y N | Cancer | Y N |
| Kidney Trouble | Y N | Aids/Exposed to Aids | Y N | Diabetes | Y N |
| DT's | Y N | Skin Problems | Y N | Use Insulin | Y N |
| Drug Addiction | Y N | Alcholism | Y N | Mental Illness | Y N |
| Recent Head Injury | Y N | Coughed/Passed Blood | Y N | Recent Hospital Patient | Y N |
| Recent Treatment | Y N | Use Needles | Y N | False Limbs/Teeth | Y N |
| Contagious Disease | Y N | Pregnant/Recent Delivery | Y N | | |

Doctors Name and Address
**N/A**

Health Insurance
**N/A**

Special Diet
**N/A**

Prescriptions/Medications
**N/A**

Drug Allergies
**N/A**

Descriptions

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____
    CJ008  JOSEY, AMOS

# INMATE SUMMARY

**JEFFERY JAMIE BENNETT (S424069491)**

| Covington County Sheriff | | | |
|---|---|---|---|
| Printed: Wed Jul 16,2003 | | | |

**Booking Number**
200002694

**Booking Date**
JULY 16th, 2003

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | | | |

| Address | | Home Telephone |
|---|---|---|
| 404 3RD ST. OPP AL 36467 | | |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1970-02-18 | 33 | 6' 02" | 230 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| | | | |

| Next of Kin | NOK Telephone |
|---|---|
| | |

| Charge(s) | Bond | Arresting Officer |
|---|---|---|
| FTA-NWNI X9 ARREST ORDER-CHILD SUPPORT X3 | NO BOND NO BOND | 02316 JACKSON, GREG |

| Jailor | Release Date | Time | Releasing Officer |
|---|---|---|---|
| CJ008 JOSEY, AMOS | | | |

## MEDICAL

| ADVISORY | Medication | Dosage | Doses/Day | Date Ends | Times | |
|---|---|---|---|---|---|---|
| | | | | | | |

| DISPENSED | Date Dispensed | Time | Medication | Dosage | Date Dispensed | Time | Medication | Dosage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| TREATMENT | Date Treated | Time | Reason | Date Treated | Time | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

| NOTES | Doctor N/A | Medications N/A |
|---|---|---|
| | Special Diet N/A | Drug Allergies N/A |
| | Other | |

## PROPERTY

| RECEIVED | PAIR SHOES, PAIR PANTS, SHIRT, CELL PHONE, BELT, WATCH |
|---|---|
| RETURNED | |

## MEALS

| Meal Date | Time | Description | Meal Date | Time | Description | Meal Date | Time | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COURT DATES

| Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time | Court Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## INCIDENTS

| Incident Date | Time | Subject | Incident Date | Time | Subject |
|---|---|---|---|---|---|
| | | | | | |

## VISITORS

| Date Scheduled | Time | In | Out | Visitor Name | Date Scheduled | Time | In | Out | Visitor Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## TELEPHONE CALLS

| Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed | Phone Date | Time | Number | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Covington County Sheriff<br><br>Printed: Wed Jul 16,2003 | **INMATE PROPERTY LOG**<br><br>**JEFFERY JAMIE BENNETT (S424069491)** | Booking Number<br>**200002694**<br>Booking Date<br>**JULY 16th, 2003** |
|---|---|---|

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | **PAIR SHOES** | | | |
| 1 | **PAIR PANTS** | | | |
| 1 | **SHIRT** | | | |
| 1 | **CELL PHONE** | | | |
| 1 | **BELT** | | | |
| 1 | **WATCH** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    PROPERTY BOX#50

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature  *Quan Ben*  Date: *10-27-03* Time: *10:20*

Officers's Signature  *D. Nelson*  Date: *10-27-03* Time: *10:20*

Page 1



**Covington County**

Sheriff
Anthony Clark

**Sheriff's Department**

290 Hillcrest Drive
Andalusia, Alabama 36420
Office (334) 428-2643
Fax (334) 428-2654

DATE & TIME: _7-24-03_

THIS IS AUTHORIZATION FROM COVINGTON COUNTY SHERIFF'S OFFICE
FOR _Jeffery Bennett_ TO LEAVE THE COVINGTON COUNTY JAIL
ON A _24_ HOUR PASS ON _____. FAILURE TO REPORT
BACK OR COMPLY WITH ALL RULES AND REGULATIONS WILL BE
CONSIDERED AS A VIOLATION AND WILL BE PROSECUTED TO THE
FULLEST EXTENT. THIS INCLUDES ALL LAWS COVERED IN THE CODE OF
ALABAMA.

**FAILURE TO RETURN WILL BE CONSIDERED AS ESCAPE**

I UNDERSTAND THAT NO DRUGS OR ALCOHOL WILL BE USED WHILE ON
PASS FROM THE JAIL. AND FAILURE TO RETURN TO THE JAIL AT THE
PROPER TIME WILL BE CONSIDERED, AS ESCAPE AND I WILL BE CHARGED.

I _A.J. Bennett_ TAKE RESPONSIBILITY FOR THE ABOVE NAMED
INMATE WHILE ON PASS FROM THE COVINGTON COUNTY JAIL. I FURTHER
TAKE RESPONSIBILITY FOR THE INMATE BEING BACK AT THE JAIL AT THE
ASSIGNED TIME.

_____          X _A.J. Bennett_____
INMATE SIGNATURE                 RESPONSIBLE PERSON

PASS APPROVED BY _Jerry Edgar L.B_

CURRENT PHONE NUMBER _334-527-3607_   CAR MAKE _Chev. Truck 1990_

                                      _Brantley Al. 36009_
CURRENT ADDRESS _P.O. Box 291_        TAG NUMBER _24-A110P_

CURRENT DRIVER LICENSE NUMBER _4524741_

Mr. Jeffery Bennett should not be stressed at all!

*Imprint from Patient Data Card or type or print name, ident. no., name of facility visited*

| PURPOSE | HOSPITALIZATION | | OUTPATIENT SERVICE | |
|---|---|---|---|---|
| | DATE | | DATE AND HOUR | |
| | FROM | TO | REPORTED | DEPARTED |
| | | | | |

*I certify that the above-named veteran visited this facility on the date and for the purpose as indicated.*

SIGNATURE OF CHIEF, MEDICAL ADMINISTRATION SERVICE DESIGNEE | DATE 7/28/03

VA FORM
MAY 1999(R) **10-2382**

☆U.S. GPO:2000 518-536/94741

July 30, 2003

To whom it may concern:

Jeffery Bennett has a severe heart condition and blood disease. He is not to be <u>stressed</u> out whatsoever, due to the fact, it could be fatal to his health.

**Sincerely,**
**Maria Tabino M.D.**



**DEPARTMENT OF VETERANS AFFAIRS**
Central Alabama
Veterans Health Care System

August 5, 2003

☐  West Campus
    215 Perry Hill
    Montgomery AL  36109

☐  East Campus
    2400 Hospital Road
    Tuskegee AL  36083

TO  Whom It May Concern:

This to certify that Mr. Jeffery Bennett is being followed up at the Montgomery VAMC
Out patient Clinic since October 6, 1998 up to the present time and is on antidepressent
Medication which makes him unable to drive and unable to keep a job due to cognitive
Impairment.  It has history of nightmares, insomnia depression, irritability, anger
outburst, hypervigilent suicidal ideation.  At present he is stressed out, depressed, unable
To sleep due to problem with finances, able to meet only the basic necessities of daily
Life.  He has history of paranoia, unable to tolerate crowd, unable to get over the death
Of his cousin, nephew and father diagnosed with cancer.  All this are very difficult
Stressor in his current life.

It is therefore my opinion that he needs to have consistent psychiatric follow up and
Takes medication  in a consistent basis and does not need to undergo more stress and
Not be placed in an environment that can provoke his anger rage and depression whick
Could trigger suicidal ideation and be a danger to himself and others.

If I could be of further assistant feel free to call.

Sincerely,

Maria R Tabino
Staff Psychiatrist



**DEPARTMENT OF VETERANS AFFAIRS**
**Central Alabama**
**Veterans Health Care System**

☐ West Campus
215 Perry Hill
Montgomery AL 36109

☐ East Campus
2400 Hospital Road
Tuskegee AL 36083

August 5, 2003

TO Whom It May Concern:

This to certify that Mr. Jeffery Bennett is being followed up at the Montgomery VAMC
Out patient Clinic since October 6, 1998 up to the present time and is on antidepressent
Medication which makes him unable to drive and unable to keep a job due to cognitive
Impairment. It has history of nightmares, insomnia depression, irritability, anger
outburst, hypervigilent suicidal ideation. At present he is stressed out, depressed, unable
To sleep due to problem with finances, able to meet only the basic necessities of daily
Life. He has history of paranoia, unable to tolerate crowd, unable to get over the death
Of his cousin, nephew and father diagnosed with cancer. All this are very difficult
Stressor in his current life.

It is therefore my opinion that he needs to have consistent psychiatric follow up and
Takes medication in a consistent basis and does not need to undergo more stress and
Not be placed in an environment that can provoke his anger rage and depression whick
Could trigger suicidal ideation and be a danger to himself and others.

If I could be of further assistant feel free to call.

Sincerely,

Maria R Tabino
Staff Psychiatrist



**DEPARTMENT OF VETERANS AFFAIRS**
**Central Alabama**
**Veterans Health Care System**

☐ West Campus
215 Perry Hill
Montgomery AL 36109

☐ East Campus
2400 Hospital Road
Tuskegee AL 36083

August 5, 2003

### TO Whom It May Concern:

This to certify that Mr. Jeffery Bennett is being followed up at the Montgomery VAMC
Out patient Clinic since October 6, 1998 up to the present time and is on antidepressent
Medication which makes him unable to drive and unable to keep a job due to cognitive
Impairment.  It has history of nightmares, insomnia depression, irritability, anger
outburst, hypervigilent suicidal ideation.  At present he is stressed out, depressed, unable
To sleep due to problem with finances, able to meet only the basic necessities of daily
Life.  He has history of paranoia, unable to tolerate crowd, unable to get over the death
Of his cousin, nephew and father diagnosed with cancer.  All this are very difficult
Stressor in his current life.

It is therefore my opinion that he needs to have consistent psychiatric follow up and
Takes medication  in a consistent basis and does not need to undergo more stress and
Not be placed in an environment that can provoke his anger rage and depression whick
Could trigger suicidal ideation and be a danger to himself and others.

If I could be of further assistant feel free to call.

Sincerely,

Maria R Tabino
Staff Psychiatrist

SHERIFF'S DEPARTMENT

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

      PLAINTIFF,                    *

VS.                                  *    CASE NOS.: CS-92-67 & CS-01-49.1

JEFFERY BENNETT,                     *

      DEFENDANT.                    *

                                     *

## O R D E R

It is ORDERED that the defendant be released from jail on Monday, August 18, 2003 at 7:00 a.m., to the custody of his wife, Lecreta Bennett, to travel to Montgomery VA Hospital to see his doctors and is to be returned to the Covington County Jail by Mrs. Bennett _immediately_ after completion of his appointment.

DONE and ORDERED this 14th day of August 2003.

                                  _____
                                  Frank L. McGuire, III
                                  District Judge

FILED IN OFFICE

AUG 1 5 2003

CLERK

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                          *

     PLAINTIFF,                         *

VS.                                        *   CASE NOS.: CS-92-67 & CS-01-49

JEFFERY BENNETT,                           *

     DEFENDANT.                         *

                                         *

## O R D E R

It is ORDERED that the defendant be released from jail on Monday, August 18, 2003 at 7:00 a.m., to the custody of his wife, Lecreta Bennett, to travel to Montgomery VA Hospital to see his doctors and is to be returned to the Covington County Jail by Mrs. Bennett immediately after completion of his appointment.

DONE and ORDERED this 14th day of August 2003.

_____
Frank L. McGuire, III
District Judge

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA,                    *

     PLAINTIFF,                    *

VS.                                  * CASE NOS.: CS-92-67 & CS-01-49

JEFFERY BENNETT,                     *

     DEFENDANT.                    *

                        *

## O R D E R

It is ORDERED that the defendant be released from jail on Monday, August 18, 2003 at 7:00 a.m., to the custody of his wife, Lecreta Bennett, to travel to Montgomery VA Hospital to see his doctors and is to be returned to the Covington County Jail by Mrs. Bennett immediately after completion of his appointment.

DONE and ORDERED this 14th day of August 2003.

Frank L. McGuire, III
District Judge

Social Security Administration
Important Information

SOCIAL SECURITY
24467 AL HIGHWAY 55
ANDALUSIA AL 36420
(334) 222-9701

JEFFREY JAMESON BENNETT
404 3RD STREET
OPP AL 36467

Refer to: 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
Rescheduled Telephone Appointment Confirmation
                          August 15, 2003
                          Phone: (800) 772-1213

We have changed your appointment with our office. Below is the new date and time of your telephone appointment. On that date, please be ready 5 minutes before the time we plan to call and have this letter with you. If you cannot keep this telephone appointment, please call us at one of the telephone numbers above.

Type Of Claim: Disability, Supplemental Security Income
Date Of Appointment: August 20, 2003
Time Of Appointment: 01:00 PM

Your Telephone Appointment

We will call you at the telephone number shown on our records, 334-493-3852. If this number is incorrect or changes, or if your address as shown above changes, please let us know where we can reach you. We will make every effort to call you at your scheduled appointment time. However, if our call is delayed, we will keep any delay to a minimum.

COPY
SHERIFF'S DEPARTMENT

| | | |
|---|---|---|
| STATE OF ALABAMA ex rel | * | IN THE DISTRICT COURT OF |
| | * | |
| LUCRETIA D. WADE, | * | COVINGTON COUNTY ALABAMA |
| | * | |
| PLAINTIFF, | * | CASE NO. CS-1992-64.01 |
| | * | |
| VS. | * | DHR NO. 29202 |
| | * | |
| JEFFREY BENNETT, | * | |
| | * | |
| DEFENDANT. | * | |

## ORDER

The Defendant was not brought from the Covington County Jail on August 20, 2003, to discuss purge conditions by which he might purge himself of contempt and be released from incarceration due to the fact that he is currently a patient at VA Hospital in Montgomery, AL, but will be returned to the Covington County Jail upon his release from the hospital. After considering the evidence presented, it is ORDERED the the Defendant be returned to incarceration until such time as he pays $1500.00 to be applied toward arrears and interest, to-wit: ADC arrears in the amount of $3095.89, plus interest of $4283.50 as of July 31, 2003.

Done and Ordered this 20th day of August, 2003.

DISTRICT COURT JUDGE
F. L. McGuire III

FILED IN OFFICE

AUG 2 0 2003

STATE OF ALABAMA,                    *     IN THE DISTRICT COURT OF
                                           COVINGTON COUNTY, ALABAMA

     PLAINTIFF,                      *

Vs.                                  *     CASE#:     CS-92-64.01 &
                                                      CS-01-49.1

JEFFREY J. BENNETT,                  *
404 Third Street
AL 36467                             *
Opp DEFENDANT.

                        ORDER OF ARREST

     The Defendant having been given permission to leave the
Covington County Jail to go to the VA Hospital and having now been
released without reporting back to the Covington County Jail; it is

     Therefore, ORDERED that the Sheriff of Covington County or
other law enforcement officer forthwith arrest the above named
Defendant and incarcerate him in the Covington County Jail.

     It is further Ordered that the Sheriff notify the Court within
72 hours of the Defendant's arrest.

     DONE and ORDERED this 9th day of September 2003.


                                   _____
                                   Frank L. McGuire, III
                                   District Judge



BM    6' 2" 170#
DOB:   2/18/70     SS# 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

COPY    S.O.

STATE OF ALABAMA,                    *     IN THE DISTRICT COURT OF
                                           COVINGTON COUNTY, ALABAMA     FILE

        PLAINTIFF,                   *

VS.                                  *     CASE#:    CS-92-64.01 &
                                                     CS-01-49 1

JEFFREY J. BENNETT,                  *
404 Third Street
Opp  AL 36467                        *
        DEFENDANT.

                    ORDER OF ARREST

     The Defendant having been given permission to leave the
Covington County Jail to go to the VA Hospital and having now been
released without reporting back to the Covington County Jail; it is

     Therefore, ORDERED that the Sheriff of Covington County or
other law enforcement officer forthwith arrest the above named
Defendant and incarcerate him in the Covington County Jail.

     It is further Ordered that the Sheriff notify the Court within
72 hours of the Defendant's arrest.

     DONE and ORDERED this 9th day of September 2003.


                                   _____
                                   Frank L. McGuire, III
                                   District Judge


BM    6' 2" 170#
DOB:  2/18/70    SS# 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

COPY
~VE ON DEFEND~~

STATE OF ALABAMA,                    *        IN THE DISTRICT COURT OF
                                              COVINGTON COUNTY, ALABAMA

        PLAINTIFF,                   *

Vs.                                  *     CASE#:     CS-92-64.01 *
                                                      CS-01-49.1

JEFFREY J. BENNETT,                  *
404 Third Street
Opp AL 36467
  DEFENDANT.                         *

                        ORDER OF ARREST

        The Defendant having been given permission to leave the
Covington County Jail to go to the VA Hospital and having now been
released without reporting back to the Covington County Jail; it is

        Therefore, ORDERED that the Sheriff of Covington County or
other law enforcement officer forthwith arrest the above named
Defendant and incarcerate him in the Covington County Jail.

        It is further Ordered that the Sheriff notify the Court within
72 hours of the Defendant's arrest.

        DONE and ORDERED this 9th day of September 2003.


                                        _____
                                        Frank L. McGuire, III
                                        District Judge



BM    6' 2" 170#
DOB:  2/18/70    SS# 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


                                            ~~~~~ ~~ ~~~~~~

                                            ~~~ ~ 2003  ~

COPY
SERVE ON DEFENDANT

STATE OF ALABAMA,                          *        IN THE DISTRICT COURT OF
                                                    COVINGTON COUNTY, ALABAMA
          PLAINTIFF,                       *

Vs.                                        *     CASE#:    CS-92-64.01 &
                                                           CS-01-49.1

JEFFREY J. BENNETT,                        *
404 Third Street
          AL 36467
CPP DEFENDANT.                             *

                          ORDER OF ARREST

        The Defendant having been given permission to leave the
Covington County Jail to go to the VA Hospital and having now been
released without reporting back to the Covington County Jail; it is

        Therefore, ORDERED that the Sheriff of Covington County or
other law enforcement officer forthwith arrest the above named
Defendant and incarcerate him in the Covington County Jail.

        It is further Ordered that the Sheriff notify the Court within
72 hours of the Defendant's arrest.

        DONE and ORDERED this 9th day of September 2003.


                                    _____
                                    Frank L. McGuire, III
                                    District Judge



BM    6' 2" 170#
DOB:  2/18/70    SS# 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

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

STATE OF ALABAMA IN THE MATTER OF*
SHAMARI CRITTENDEN,                        *
                                           *
TABITHA CRITTENDEN,                        *
                                           *        CASE NO.: CS-1995-91.02
        PLAINTIFF,                         *
                                           *        D.H.R. NO.: 30186
V.                                         *
                                           *        **FILED IN OFFICE**
JEFFERY BENNETT,                           *
                                           *        OCT 1 7 2003
        DEFENDANT.                         *
                                                    _Ray A Powell_
                                                    CLERK

### ORDER FINDING THE DEFENDANT
### IN CONTEMPT OF COURT

This cause having come on for hearing on the 16TH day of October 2003. Plaintiff was represented by the attorney for the State of Alabama, Leland Enzor, Jr. The Defendant was brought over from the Covington County Jail and appeared pro se and the Court proceeded to hear the evidence, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.      That the Defendant is in contempt of Court for willful failure to pay child support as previously ordered.

2.      That as of September 30, 2003, the Defendant owes N.A.D.C. arrears in the amount of **$8,911.63**, plus interest in the amount of **$1,260.64**; A.D.C. arrears in the amount of **$10085.00** plus interest in the amount of **$8,686.77**.

3.      **That the Defendant shall remain incarcerate in the Covington County Jail until he can purge himself of contempt by paying all of the above stated arrears and interest.**

Done and Ordered this the _1 7_ day of October 2003.

                                    DISTRICT COURT JUDGE
                                    FRANK L. McGUIRE, III

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

**ORDER OF RELEASE
FROM JAIL**

Case Number

IN THE _____ DISTRICT _____ COURT OF _____ COUNTY

STATE OF ALABAMA    v. _____

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Reason for Release _____

Date _____    By: _____

COURT RECORD    (Original)    JAILER    (Copy)    Judge/Clerk

| Covington County Sheriff | INMATE PROPERTY LOG | Booking Number 200006325 |
|---|---|---|
| Printed: Wed Dec 01, 2004 | JEFFERY JAMIE BENNETT (S424069491) | Booking Date OCTOBER 31st, 2004 |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | BLACK BELT | | |
| 1 | BLACK SWEAT SHIRT | | |
| 1 | BLACK PAIR OF PANTS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes SUBJECT ALSO HAS A SMALL RED COOLER THAT HAS HIS INSULIN SUPPLIES IN IT.

I certify that the above is a correct listing of items removed from my posses
Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her pro
Officers's Signature _____ Date: _____ Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any prope
on this receipt.

Inmate's Signature _____ Date: 12-01-04 Time: 13:55

Officers's Signature _____ Date: 12-01-04 Time: 13:55

# INMATE DATA

## JEFFERY JAMIE BENNETT (S424069491)

| Covington County Sheriff | Booking Number |
| --- | --- |
| Printed: Sun Oct 31,2004 | **200006325** |

Booking Date
**OCTOBER 31st, 2004**

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
| --- | --- | --- | --- | --- | --- | --- |
| **A-BLOCK** | | | | **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** | | |

Home Telephone

| Address | 902 8TH ST |
| --- | --- |
| | OPP AL 36467 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **M** | **1970-02-18** | **34** | **6' 02"** | **230** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
| --- | --- | --- | --- |
| | | | |

| Next of Kin | **LUCRETIA BENNETT** | NOK Telephone |
| --- | --- | --- |
| | OPP AL 36467 | **(334) 493-3852** |

| Charge(s) | **CONTEMPT OF COURT** | Bond |
| --- | --- | --- |
| | **FAILURE TO PAY** | **NO BOND** |

| Jailer | **CJ023 AINSWORTH, BRANDON** | Photo Taken By | Fingerprinted By |
| --- | --- | --- | --- |

| Admission Type | Phone Call | NCIC Check |
| --- | --- | --- |
| **ARREST** | **N** | **Y** |

| Arrest Case Number | DNA Sample By |
| --- | --- |
| **50** | |

| Agency Arrested For | Arresting Officer |
| --- | --- |
| **COV. COUNTY** | |

| Agency Hold For |
| --- |

| Release Date | Release Time | Release Officer |
| --- | --- | --- |

Notes

TIM SNOW WITH CCSO WAS THE ARRESTING OFFICER
SUBJECT WAS VERY COOPERATIVE AT THE TIME OF INTAKE
WARRANT IS UP FRONT, AND HAS NOT BEEN SERVED YET

| Covington County Sheriff | INMATE DATA | Booking Number 200006325 |
|---|---|---|
| Printed: Wed Dec 01, 2004 JEFFERY JAMIE BENNETT (S424069491) | | Booking Date OCTOBER 31st, 2004 |

| Section B-BLOCK | Block | Cell | Bed | Social Security Number 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 | Est Release Da |
|---|---|---|---|---|---|

| Address 902 8TH ST | Home Telephone |
|---|---|
| OPP AL 36467 | ( ) 527-360 |

| Sex M | Date of Birth 1970-02-18 | Age 34 | Height 6' 02" | Weight 230 | Race BLACK | Eyes BROWN | Hair BLACK |
|---|---|---|---|---|---|---|---|

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin LUCRETIA BENNETT | NOK Telelphone |
|---|---|
| OPP AL 36467 | (334) 493-385 |

| Charge(s) CONTEMPT OF COURT ALIAS NWNI X 8 | Bond NO BOND   NO BOND |
|---|---|

| Jailer CJ023 AINSWORTH, BRANDON | Photo Taken By | Fingerprinted By |
|---|---|---|

| Admission Type ARREST | Phone Call N | NCIC Check Y |
|---|---|---|

| Arrest Case Number 50 | DNA Sample By |
|---|---|

| Agency Arrested For COV. COUNTY | Arresting Officer |
|---|---|

| Agency Hold For | |
|---|---|

| Release Date 2004-12-01 | Release Time 13:55 | Release Officer CJ018   BENSON, LINDA |
|---|---|---|

Notes

        TIM SNOW WITH CCSO WAS THE ARRESTING OFFICER
        SUBJECT WAS VERY COOPERATIVE AT THE TIME OF INTAKE
        WARRANT IS UP FRONT, AND HAS NOT BEEN SERVED YET

        BACK FROM HOSPITAL ON 11-16-04
        R/O FROM JUDGE

| Covington County Sheriff | **INMATE PROPERTY LOG** | Booking Number 200006325 |
|---|---|---|
| Printed: Sun Oct 31,2004 | **JEFFERY JAMIE BENNETT (S424069491)** | Booking Date **OCTOBER 31st, 2004** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|

| Quantity | Property Received | Quantity | Property Received |
|---|---|---|---|
| 1 | BLACK BELT | | |
| 1 | BLACK SWEAT SHIRT | | |
| 1 | BLACK PAIR OF PANTS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Notes    SUBJECT ALSO HAS A SMALL RED COOLER THAT HAS HIS INSULIN SUPPLIES IN IT. IT IS IN THE REFRIGERATOR IN THE POD.

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____ Date: _____ Time: _____

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____ Date: _____ Time: _____

### ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____ Date: _____ Time: _____

Officers's Signature _____ Date: _____ Time: _____

| Covington County Sheriff<br><br>Printed: Sun Oct 31,2004 | **MEDICAL SCREENING FORM**<br><br>**JEFFERY JAMIE BENNETT (S424069491)** | Booking Number<br>**200006325**<br>Booking Date<br>**OCTOBER 31st, 2004** |
|---|---|---|

## ADMISSION OBSERVATIONS

| | | | |
|---|---|---|---|
| Is inmate conscious? | Ⓨ N | Is inmate capable of responding? | Ⓨ N | Can inmate walk on own? | Ⓨ N |
| Any difficulty breathing? | Y Ⓝ | Is inmate hostile/aggressive? | Y Ⓝ | Any visible signs of trauma, bleeding, wounds or illness? | Y Ⓝ |
| Did arrest result in injury? | Y Ⓝ | Any fever, swollen lymph nodes, or jaundice? | Y Ⓝ | Is skin in good condition and free of vermin? | Ⓨ N |
| Is inmate under obvious influence of alcohol? | Y Ⓝ | Is inmate under obvious influence of drugs? | Y Ⓝ | Any visible signs of alcohol or drug withdrawal symptons? | Y Ⓝ |
| Does inmate suggest risk of suicide? | Y Ⓝ | Do you consider inmate an escape risk? | Y Ⓝ | | |

**Observations**

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| | | | | | |
|---|---|---|---|---|---|
| Hepatitis | Y Ⓝ | Heart Disease | Ⓨ N | Mental/Emotional Upset | Y Ⓝ |
| Tuberculosis | Y Ⓝ | Hypertension | Y Ⓝ | Attempted Suicide | Y Ⓝ |
| Sexually Transmitted Disease | Y Ⓝ | Epilepsy/Convulsions | Y Ⓝ | Asthma/Emphysema | Y Ⓝ |
| Ulcers | Y Ⓝ | Hemophiliac (bleeder) | Y Ⓝ | Cancer | Y Ⓝ |
| Kidney Trouble | Y Ⓝ | Aids/Exposed to Aids | Y Ⓝ | Diabetes | Ⓨ N |
| DT's | Y Ⓝ | Skin Problems | Y Ⓝ | Use Insulin | Ⓨ N |
| Drug Addiction | Y Ⓝ | Alcholism | Y Ⓝ | Mental Illness | Y Ⓝ |
| Recent Head Injury | Y Ⓝ | Coughed/Passed Blood | Y Ⓝ | Recent Hospital Patient | Ⓨ N |
| Recent Treatment | Ⓨ N | Use Needles | Y Ⓝ | False Limbs/Teeth | Y Ⓝ |
| Contagious Disease | Y Ⓝ | Pregnant/Recent Delivery | Y Ⓝ | | |

**Doctors Name and Address**

**DR. MIKE STANFIELD   OPP, ALABAMA**

**Health Insurance**

**NONE**

**Special Diet**

**NO SUGAR, NO SALT**

**Prescriptions/Medications**

**HUMALOG,LANTES**

**Drug Allergies**

**NONE**

**Descriptions**

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature _____  Date: _____  Time: _____

Officers's Signature _____  Date: _____  Time: _____

**CJ023  AINSWORTH, BRANDON**

IN THE DISTRICT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NOS.: CS-92-64, CS-95-91 |
| JEFFERY BENNETT, | * | CS-03-131 |
| DEFENDANT. | * | |
| | * | |

## O R D E R

It is ORDERED that the defendant be released from jail on Monday, November 15, 2004, to the custody of his FATHER, Andrew James Bennett, while the defendant is hospitalized at Andalusia Hospital and is to be returned to the Covington County Jail by Mr. Bennett immediately at the time of his discharge from Andalusia Hospital.

DONE and ORDERED this 15th day of November 2004.

_____
Frank L. McGuire, III
District Judge

I acknowledge receipt of a copy of this order.

_____
Andrew James Bennett

# INMATE DATA

## JEFFERY JAMIE BENNETT (S424069491)

| Covington County Sheriff | | Booking Number |
|---|---|---|
| | | 200008767 |
| Printed: Fri Sep 30, 2005 | | Booking Date |
| | | SEPTEMBER 8th, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | | Est Release Date |
|---|---|---|---|---|---|---|---|
| A-BLOCK | | | | 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 | | | |

| Address | | Home Telephone |
|---|---|---|
| | 902 8TH ST | |
| | OPP  AL  36467 | (334) 343-2619 |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| M | 1970-02-18 | 35 | 6' 02" | 230 | BLACK | BROWN | BLACK |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| AL  F090771 | | | |

| Next of Kin | NOK Telelphone |
|---|---|
| LUCRETIA BENNETT | |
| SAME AS ABOVE | (334) 343-2619 |

| Charge(s) | Bond |
|---|---|
| CHILD SUPPORT-NO BOND | BONDED |
| THEFT BY DEC.--$10,000 | |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| CJ012  PORTREY, CLIFF | CJ012  PORTREY, CLIFF | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| ARREST | Y | N |

| Arrest Case Number | DNA Sample By |
|---|---|
| RED 99 | |

| Agency Arrested For | Arresting Officer |
|---|---|
| COV. COUNTY | 02320  DUFFELLI, CHAD |

| Agency Hold For |
|---|
| |

| Release Date | Release Time | Release Officer |
|---|---|---|
| 2005-09-30 | 13:49 | CJ018  BENSON, LINDA |

Notes

R/O FROM JUDGE

| Covington County Sheriff<br><br>Printed: Thu Sep 08, 2005 | **INMATE DATA**<br><br>**JEFFERY JAMIE BENNETT (S424069491)** | Booking Number<br>200008767 |
|---|---|---|
| | | Booking Date<br>**SEPTEMBER 8th, 2005** |

| Section<br>**B-BLOCK** | Block | Cell | Bed | Social Security Number<br>**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** | Alias | Est Release Date |
|---|---|---|---|---|---|---|

| Address<br>**902 8TH ST**<br>**OPP AL 36467** | Home Telephone<br>**(334) 343-2619** |
|---|---|

| Sex<br>**M** | Date of Birth<br>**1970-02-18** | Age<br>**35** | Height<br>**6' 02"** | Weight<br>**230** | Race<br>**BLACK** | Eyes<br>**BROWN** | Hair<br>**BLACK** |
|---|---|---|---|---|---|---|---|

| Drivers License<br>**AL F090771** | Class | Vehicle Tag | Tag Year |
|---|---|---|---|

| Next of Kin<br>**LUCRETIA BENNETT**<br>**SAME AS ABOVE** | NOK Telelphone<br>**(334) 343-2619** |
|---|---|

| Charge(s)<br>**CHILD SUPPORT-NO BOND**<br>**THEFT BY DEC.--$3,000** | Bond |
|---|---|

| Jailer<br>**CJ012 PORTREY, CLIFF** | Photo Taken By<br>**CJ012 PORTREY, CLIFF** | Fingerprinted By |
|---|---|---|

| Admission Type<br>**ARREST** | Phone Call<br>**Y** | NCIC Check<br>**N** |
|---|---|---|

| Arrest Case Number<br>**RED 99** | DNA Sample By |
|---|---|

| Agency Arrested For<br>**COV. COUNTY** | Arresting Officer<br>**02320 DUFFELLI, CHAD** |
|---|---|

| Agency Hold For |
|---|

| Release Date | Release Time | Release Officer |
|---|---|---|

Notes

| Covington County Sheriff | **INMATE DATA** | Booking Number |
|---|---|---|
| | | 200008767 |
| Printed: Thu Sep 08, 2005 | **JEFFERY JAMIE BENNETT (S424069491)** | Booking Date |
| | | SEPTEMBER 8th, 2005 |

| Section | Block | Cell | Bed | Social Security Number | Alias | Est Release Date |
|---|---|---|---|---|---|---|
| **B-BLOCK** | | | | **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** | | |

| Address | Home Telephone |
|---|---|
| **902 8TH ST** | |
| **OPP  AL  36467** | **(334) 343-2619** |

| Sex | Date of Birth | Age | Height | Weight | Race | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| **M** | **1970-02-18** | **35** | **6' 02"** | **230** | **BLACK** | **BROWN** | **BLACK** |

| Drivers License | Class | Vehicle Tag | Tag Year |
|---|---|---|---|
| **AL  F090771** | | | |

| Next of Kin | NOK Telephone |
|---|---|
| **LUCRETIA BENNETT** | |
| **SAME AS ABOVE** | **(334) 343-2619** |

| Charge(s) | Bond |
|---|---|
| **CHILD SUPPORT-NO BOND** | |
| **THEFT BY DEC.--$3,000** | |

| Jailer | Photo Taken By | Fingerprinted By |
|---|---|---|
| **CJ012  PORTREY, CLIFF** | **CJ012  PORTREY, CLIFF** | |

| Admission Type | Phone Call | NCIC Check |
|---|---|---|
| **ARREST** | **Y** | **N** |

| Arrest Case Number | DNA Sample By |
|---|---|
| **RED 99** | |

| Agency Arrested For | Arresting Officer |
|---|---|
| **COV. COUNTY** | **02320  DUFFELLI, CHAD** |

Agency Hold For

| Release Date | Release Time | Release Officer |
|---|---|---|
| | | |

Notes

# INMATE PROPERTY LOG

## JEFFERY JAMIE BENNETT (S424069491)

| Covington County Sheriff | | Booking Number |
|---|---|---|
| Printed: Thu Sep 08, 2005 | | **200008767** |
| | | Booking Date |
| | | **SEPTEMBER 8th, 2005** |

| Currency | Change | Checks | Food Stamps | Total Received |
|---|---|---|---|---|
| | | | | |

| Quantity | Property Received | | Quantity | Property Received |
|---|---|---|---|---|
| 1 | GREY SHIRT | | | |
| 1 | BLUE JEANS | | | |
| 1 | BLACK BRIEFS | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Notes    **RED 99**

I certify that the above is a correct listing of items removed from my possession at the time I was placed in jail.

Inmate's Signature _____    Date: _9-8-05_    Time: _1215_

I Hereby certify the receipt of the above arrested individual and his/her property.

Officers's Signature _____    Date: _9-8-05_    Time: _1215_

## ITEMS RELEASED PRIOR TO PRISONER RELEASE

| Date | Quantity | Property Released | Officer / Notes |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received all the above listed property (minus any property previously released) as indicated on this receipt.

Inmate's Signature _____    Date: _____    Time: _____

Officers's Signature _____    Date: _____    Time: _____

# Covington County Sheriff's Office

**Anthony Clark, Sheriff**
290 Hillcrest Drive
Andalusia, AL 36420
Office (334) 428-2640
Fax (334) 428-2654

*Monday – Friday only*

EFFECTIVE AUGUST 12, 2005 THE COVINGTON COUNTY INMATES WILL BE ALLOWED THE FOLLOWING ITEMS.

MALES

~~3 T SHIRTS~~ 2-T-Shirts
~~3 PAIRS OF UNDERWEAR~~
~~3 PAIRS OF SOCKS~~ 2 pr

FEMALES

3 BRAS NO UNDER WIRE
3 PAIRS OF PANTIES FULL CUT
3 PAIRS OF SOCKS

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD/WORD SEARCH BOOKS AND 2 PAPERBACK NOVELS. THESE NOVELS MUST BE IN GOOD TASTE IN MORALS VALUES. ALL CLOTHING MUST BE SOLID WHITE. PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME. THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE LAST TIME.

I _Angela Wade_ AM LEAVING THE FOLLOWING ITEMS FOR _Jeffery Bennett_ . I UNDERSTAND THAT ONCE THESE ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

_Angela Wade_

DATE: _9/9/05_

CORRECTIONAL OFFICER RECEIVING MERCHANDISE
_B Miller_

INMATE SIGNATURE _____

DATE: _9/9/05_

*Must be solid white clothes.*

*Anthony Clark*

I _Jeffery Bennett_ do herby give my permission for my property
here at the Covington County Jail to be picked up
by _Lucretia Bennett_ . I understand that if it is not picked up within
fourteen days from this date that it will be disposed of by the Covington
County Jail.

*All money off Books*

_[signature]_

Inmate

Wittness _Dan Jachart_

Date _9-17-05_

_[signature]_ Property picked up by:

ate _9-19-05_



*Covington County Sheriff's Office*

Anthony Clark, Sheriff
00 Hillcrest Drive
:daiusia. AL 36420
ffice (334) 428-2640
x (334) 428-2654

*Minday — Friday  only*

EFFECTIVE AUGUST 12, 2005 THE COVINGTON COUNTY INMATES WILL BE
ALLOWED THE FOLLOWING ITEMS.

MALES

3 T SHIRTS
3 PAIRS OF UNDERWEAR
3 PAIRS OF SOCKS

FEMALES

3 BRAS NO UNDER WIRE
3 PAIRS OF PANTIES FULL CUT
3 PAIRS OF SOCKS

THEY ARE ALSO ALLOWED 2 PAPERBACK CROSSWORD WORD SEARCH
BOOKS AND 2 PAPERBACK NOVELS.  THESE NOVELS MUST BE IN GOOD
TASTE IN MORALS VALUES.  ALL CLOTHING MUST BE SOLID WHITE.
PLEASE LABEL ALL MERCHANDISE WITH THE INMATES PROPER NAME.
THESE WILL ONLY BE ACCEPTED ONCE A MONTH FROM THE DATE OF THE
LAST TIME.

I _Juletta Bennett_____ AM LEAVING THE FOLLOWING ITEMS
FOR _Jefferd J Bennett_____. I UNDERSTAND THAT ONCE THESE
ITEMS ARE GIVEN TO THE INMATE THE COVINGTON COUNTY JAIL IS NOT
RESPONSIBLE FOR THE ITEMS IF THEY ARE LOST OR STOLEN.

_Juletta Bennett_

DATE: _9-19-05_

_____
CORRECTIONAL OFFICER RECEIVING MERCHANDISE

INMATE SIGNATURE _____

DATE: _9-19-05_

*Must be  solid  white  clothes.*

*Anthony Clark*

State of Alabama
Unified Judicial System

Form C-42    Rev 6/88

# ○ ORDER OF RELEASE FROM JAIL ○

**Case Number**

CS-92-64

CS-95-91

IN THE _____ DISTRICT _____ COURT OF _____ COVINGTON _____ COUNTY

STATE OF ALABAMA    v. _____ JEFFREY BENNETT

TO THE JAILER WITH CUSTODY OF THE DEFENDANT

You are ordered to release from your custody the above named defendant, charged with the offense of _____

Failure to pay child support as ordered.

Reason for Release _____ Paid $650.00; Judge's Order

Date _____ 9-30-2005 _____

By: _____

COURT RECORD   (Original)          JAILER   (Copy)          Judge/Clerk

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num    96000271    Book Seq    1

Empl Phone    ( )  -
Emp Fax       ( )  -

Position

Employment last 12 months:  Full time:    0    Part time:    0    At booking:

---

## CHARGES

13A-13-4    MISD                                    ********** C/S

Court  DC    Court Date  / /    Court Time         Dispo Code  BAIL

Descriptn  NONSUPPORT

... AS FULL ACCOUNTING OF MY PROPERTY AND MONEY,
AND FIND IT TO BE ACCURATE

**Yes/No**

# INMATE QUESTIONNAIRE (continued)

Y 13. Have you recently been hospitalized or treated by a doctor?

Y 14. Do you currently take any medication prescribed by a doctor?

N 15. Are you allergic to any medication?

Y 16. Do you have any handicaps or conditions that limit activity?

N 17. Have you ever attempted suicide or are you thinking about it now?

N 18. Do you regularly use alcohol or street drugs?

N 19. Do you have any problems when you stop drinking/using drugs?

N 20. Do you have a special diet prescribed by a physician?

N 21. Do you have any problems or pain with your teeth?

N 22. Do you have any other medical problems we should know about?

### L O C K D O W N - Booking Sheet        Medical  Cont.

oking No:_____

## EXPLANATIONS (refer to item number)

1 - 13- Psychiatric Hospital

2 - 14- Several different types)

3 - 16- Heart Condition; High Blood Pressure

4 - _____

5 - _____

Medical Insurance: BC/BS        Personal Doctor: _____

Emergency Contact: LUCRETIA WADE    Relationship: WifE

Address: Lot #44 Pineview Trailer Park

City: Opp        State: Al  Zip: 36467

Booking No: 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

Yes/No        VISUAL ASSESSMENT

N     1. Is inmate unconscious?
N     2. Does inmate have any visible signs of trauma, illness, obvious
         pain or bleeding, requiring immediate emergency or doctor's care?
N     3. Is there obvious fever, swollen lymph nodes, jaundice or other
         evidence of infection that might spread through the facility?
N     4. Any signs of poor skin condition, vermin, rashes or needle marks?
N     5. Does inmate appear to be under the influence of drugs or alcohol?
N     6. Any visible signs of alcohol or drug withdrawal?
N     7. Does inmate's behavior suggest the risk of suicide or assault?
N     8. Is inmate carrying medication?
N     9. Does the inmate have any physical deformities?
N    10. Does inmate appear to have psychiatric problems?


            L O C K D O W N -      Medical Cont.

Booking No: 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

Yes/No        INMATE QUESTIONNAIRE

    11. Do you have or have you ever had any of the following:

N  a. allergies        N  f. fainting spells      N  k. seizures

N  b. arthritis        Y  g. heart condition      N  l. tuberculosis

N  c. asthma           N  h. hepatitis            Y  m. ulcers

N  d. diabetes         Y  i. high blood pressure   Y  n. venereal diseas
                                                    (PAST)(NOTCURRENT)
N  e. epilepsy         Y  j. psychiatric disorder   _  o. other (specify)


    12. For females only:


    __  a. Are you pregnant?

    __  b. Do you take birth control pills?

    __  c. Have you recently delivered?

**RELEASE SHEET**

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

**Book Num**   97003224   **Book Seq**        1

Cash              0.00                                    Location

Description of Property:

Vehicle Location:

Hold 1            Hold 2            Hold 3            Hold 4            Hold 5

### CHARGES

FTA                MISD                                                    0.00SPEC

   Court  DIST    **Court Date**    / /      **Court Time**            **Dispo Code**  ARRN

Descriptn

### DISPOSITION OF INMATE FUNDS/COMMISSARY

The above named inmate was release from the  COVINGTON COUNTY SHERIFF'S DEPARTMENT and wants his remaining commmissary funds/orders handled as follows:

**Funds:**

_____        Send to inmate at the following address:

                  _____

                  _____

_____        Transfer commissary funds to another inmate:

                  Inmate to receive funds:   _____

_____        Does not want remaining funds and advised to give to any inmate we choose.

**Commissary Order:**

_____        Transfer commissary order to another inmate:

                  Inmate to receive order:   _____

_____        Will pick up order withing 48 hrs. of release.

I understand that all property/cash/commissary must be claimed within 48 hrs. or release.  All items left after that time will be distributed to indigent inmates.

              Inmate Signature:    _____

              Releasing Officer:   _____

### I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY
### AND FIND IT TO BE ACCURATE

Inmate's Signature    X_____          Witness    X_____

Releasing Officer     X                                     Date          Time

| LEAVE BLANK | CRIMINAL | | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|---|

STATE USAGE

MFF SECOND

| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |
|---|---|---|---|
| ☐ | ☐ | ☐ | |

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

BENNETT  JEFFERY  JAMESON

SIGNATURE OF PERSON FINGERPRINTED

X

SOCIAL SECURITY NO.

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

LEAVE BLANK

ALIASES/MAIDEN

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM  DD  YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 02-18-70 | M | B | 6'02" | 175 | BRO | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



33 47 W.

Jeffery Bennett should have
release relif from Pirile's office
for Child Support only
wit 4W7NI charges.
Linda

LEAVE BLANK                CRIMINAL                                    (STAPLE HERE)                    LEAVE BLANK

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Bennett  Jeffrey

SOCIAL SECURITY NO.                    LEAVE BLANK

X _(signature)_    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

| | DATE OTHER(?) | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 2-18-1970 | M | B | 6ft 2" | 193 | BRO | NON |



## FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
### WASHINGTON, D.C. 20537

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| OWN JUVENILE/RESTRAINT | | DATE OF ARREST | ORI | |
|---|---|---|---|---|
| JURISDICTION    YES | | MM   DD   YY | CONTRIBUTOR | SO   AL0230000 |
| | | | ADDRESS | ANDALUSIA, AL |
| TREAT AS ADULT    YES | | | REPLY    YES ☐ DESIRED? | |
| SEND COPY TO ENTER ORB | | DATE OF OFFENSE MM   DD   YY | PLACE OF BIRTH (STATE OR COUNTRY) | COUNTRY OF CITIZENSHIP |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|---|
| | Rt. upper ARM |

| | RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|---|
| | 404 Third St. Opp, Al 36467 | Opp | Al. |

| OFFICIALS TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PHOTO AVAILABLE?    YES |
|---|---|---|
| Eugene Houtth | | PALM PRINTS TAKEN?    YES |

| EMPLOYER AND ADDRESS (IF GOVERNMENT, INDICATE SPECIFIC AGENCY IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.) | OCCUPATION |
|---|---|
| | |
| CHARGE/CITATION | DISPOSITION 1. Auto Detailer |
| | 2. |
| | 3 |
| | ADDITIONAL |
| | STATE BUREAU STAMP |

U.S. G.P.O. 1999-454-801/00520

BOOKING SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

| Book Num | 97003224 | Book Seq | 1 |
|----------|----------|----------|---|

Cash        0.00                              Location

Description of Property:

Vehicle  Location:

| Hold 1 | Hold 2 | Hold 3 | Hold 4 | Hold 5 |
|--------|--------|--------|--------|--------|

## CHARGES

| FTA | MISD | | | 0.00NONE |
|-----|------|---|---|---|
| Court  DIST | Court Date  / / | Court Time | Dispo Code  ARRN | |
| Descriptn | | | | |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY
AND FIND IT TO BE ACCURATE

CHARGES

## DISPOSITION OF INMATE FUNDS/COMMISSARY

The above listed inmate was release from the COVINGTON COUNTY SHERIFF'S DEPARTMENT and wants his remaining commissary funds/orders handled as follows:

Funds:

_____         Send to inmate at the following address:

                   _____

                   _____


_____         Transfer commissary funds to another inmate:

                   Inmate to receive funds: _____

_____         Does not want remaining funds and advised to give to any inmate we choose.

Commissary Order:

_____         Transfer commissary order to another inmate:

                   Inmate to receive order: _____

_____         Will pick up order within 48 hrs. of release.


I understand that all property/cash/commissary must be claimed within 48 hrs. or release. All items left after that time will be distributed to indigent inmates.

                   Inmate Signature: _____

                   Releasing Officer: _____

RELEASE SHEET

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Num   97004280        Book Seq        1

Employer                                          Empl Phone   (   )   -
Emp Addr                                          Emp Fax      (   )   -

Emp City
E-Mail
Occupation                   Position

Employment last 12 months:  Full time:     0     Part time:     0     At booking:

Cash            ***********                         Location

Description of Property:

Vehicle Location:

Hold 1            Hold 2            Hold 3            Hold 4            Hold 5

---

### CHARGES

J.D 0004          FEL                                              ***********
    Court   CC      Court Date   / /      Court Time              Dispo Code   PROB
    Descript  BACK FOR COURT

I HAVE READ THE ABOVE AUTHORIZATION OF MY PROPERTY AND MORE

# COVINGTON COUNTY SHERIFF'S DEPARTMENT
## COVINGTON COUNTY JAIL

Book Seq          1

First                              Middle
JEFFERY

HARDAGE CIRCHILD
State   AL        Zip
Driv Lic
CRENSHAW CO          Ssn     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
Birth Stat   AL         Citizen   Y
Fbi
Prison     CRENSHAW CO

Marital Status

First                              Middle

State           Zip

Vision          Education
Eng speak       Religion

| Arrest Date | 10/28/19 | Time | 12:45 |
|---|---|---|---|
| Agency | CCSO | Officer | SIMMONS |
| Location | | | |
| Ori No | | | |

Serv Off      SIMMONS
Cell      A-BLOC        Bed
Cust Stat     PV            Class    MED
Held For      CCSO          Reason Hld
Out Date      / /           Out Time
Bondsman
Attorney



Jeffrey Bennett

Going to Doctor in Dothan,

has to be there @ 5:00 am

His family will come to pick

him up tonight around 2000.

LEAVE BLANK          CRIMINAL                          (STAPLE HERE)                    LEAVE BLANK

STATE USAGE
NFF CODE
SUFFIX
STATE USAGE                              APPROXIMATE CLASS                    SCAR

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

A00028001A

SIGNATURE OF PERSON FINGERPRINTED          *Bennett, Jeffery Jameson*

SOCIAL SECURITY NO.

ALIASES/MAIDEN          *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*

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO | STATE IDENTIFICATION NO. | DATE OF BIRTH  MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|--------|--------------------------|-------------------------|-----|------|--------|--------|------|------|
|        |                          | 02-18-70 | M | B | 6,2 | 190 | BRO | BLK |

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          L. THUMB          R. THUMB          RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# B-Block   CCJ
## To Whom This May Concern:

We feel unsafe that Mr. Bennett be incoserated with other inmates, because he's a danger to each everyone of us. He's also a danger to himself if locked up alone. We are signing this agreement hoping that you will find in your heart to help him.

Keith B. Hamilton

Joe M Dorsey

_Willie Henderson_

Cedrick Florence

Chad Bell

Michael Harrison

Lonnie Wesel

Wade Mitchell

Dennie Price

Jerry Steele

Gene A. DuBois

Michael

Shawn Rhodes

Melvin Williams

Heath Wiggins

Christopher Burnett

Justin

Larry Jakes

Jephie Clement

Jim Wynn

B How

Alex Wilson

Tyrone Hunter

Jamie Henderson

J. Tremayne Burnette

Calvin Hines

Earley Carpenter

Melvin R. Capps

Amos L. Weaver

Justin Dean