**EXHIBIT C**

County Sheriff

: Thu Sep 08,2005

# MEDICAL SCREENING FORM

JEFFERY JAMIE BENNETT (S424069491)

Booking Number 200008767

Booking Date SEPTEMBER 8th, 2005

## ADMISSION OBSERVATIONS

| Question | Answer | Question | Answer | Question | Answer |
|---|---|---|---|---|---|
| Is inmate conscious? | Y | Is inmate capable of responding? | Y | Can inmate walk on own? | Y |
| Any difficulty breathing? | N | Is inmate hostile/aggressive? | N | Any visible signs of trauma, bleeding, wounds or illness? | N |
| Did arrest result in injury? | N | Any fever, swollen lymph nodes, or jaundice? | N | Is skin in good condition and free of vermin? | Y |
| Is inmate under obvious influence of alcohol? | N | Is inmate under obvious influence of drugs? | N | Any visible signs of alcohol or drug withdrawal symptons? | N |
| Does inmate suggest risk of suicide? | N | Do you consider inmate an escape risk? | N | | |

Observations
INMATE APPEARS TO BE FINE AT TIME OF INTAKE
IS VERY BAD DIABETIC

## INMATE QUESTIONNAIRE

### HAVE YOU EVER HAD/HAVE ANY OF THE FOLLOWING ILLNESSES OR CONDITIONS?

| Condition | Answer | Condition | Answer | Condition | Answer |
|---|---|---|---|---|---|
| Hepatitis | N | Heart Disease | Y | Mental/Emotional Upset | Y |
| Tuberculosis | N | Hypertension | Y | Attempted Suicide | Y |
| Sexually Transmitted Disease | N | Epilepsy/Convulsions | N | Asthma/Emphysema | N |
| Ulcers | N | Hemophiliac (bleeder) | N | Cancer | N |
| Kidney Trouble | Y | Aids/Exposed to Aids | N | Diabetes | Y |
| DT's | N | Skin Problems | N | Use Insulin | Y |
| Drug Addiction | N | Alchoholism | N | Mental Illness | N |
| Recent Head Injury | N | Coughed/Passed Blood | N | Recent Hospital Patient | Y |
| Recent Treatment | Y | Use Needles | Y | False Limbs/Teeth | N |
| Contagious Disease | N | Pregnant/Recent Delivery | N | | |

Doctors Name and Address
V.A. DOCTORS MONTGOMERY

Health Insurance
NONE

Special Diet
1800 CALARIE DIET

Prescriptions/Medications
HUMALIN 8 UNITS 3 TIMES, LANTIS 12 UNITS JUST AT NIGHT

Drug Allergies
MORPHINE

Descriptions
INMATE FINE AT TIME OF INTAKE

I have read the above carefully and have answered all questions correctly to the best of my knowledge.

Inmate's Signature X [signature] Date: [illegible] Time: [illegible]

Officers's Signature [signature] Date: [illegible] Time: [illegible]

[illegible] PORTREY CLIFF

[illegible handwriting]

Kidney Problem

List of Meds (calling wife for meds)

Morphine

Diabetic BS Checks

[illegible handwriting]

[illegible signature] 9-8-05

Burnett [illegible] McWhorter A

4/6 4pm Nurse received call inmate feeling weak stated he thought he [illegible] [illegible] [illegible]. I [illegible] [illegible] to [illegible] [illegible] blood sugar [illegible] 9pm [illegible] [illegible] and [illegible] [illegible] [illegible] [illegible]. [illegible] [illegible] [illegible] [illegible] BP [illegible] [illegible] [illegible] inmate instructed [illegible] [illegible] [illegible] BS @ 2pm ——— [illegible]

4/7 11am Summoned to A Block by [illegible] inmate with [illegible] vomiting and unable to stand. RBS [illegible] BP [illegible] [illegible] [illegible] given [illegible] inmate sitting on bench. Instructed to [illegible] and [illegible] breathing ——— [illegible]

1pm Called again to A Block. Inmate laying in bunk [illegible] ~~[illegible]~~ feeling [illegible], [illegible] No other [illegible] noted due to repeated calls to check patient pt inmate [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

4/1 [illegible] brought meds from home [illegible] [illegible] [illegible], [illegible] [illegible], [illegible] [illegible] BID, [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ——— [illegible]

4/11 Nurse called to A Block inmate had [illegible] [illegible] [illegible] [illegible] [illegible] BS [illegible] [illegible] [illegible] [illegible] [illegible] Inmate had [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] he hit his head [illegible] [illegible] inmate sent out to [illegible] ——— [illegible]

Bennett Jeffery

9/1 Returned from [illegible] [illegible] —

Change in orders ——— [illegible]

[illegible]

9/21 monitor blood sugar staying ↓ no [illegible]

9/21 [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] ———

[illegible]

| Date | Time | Complete top portion with each Level of Care change. Indicate order with a Check Mark. |
|---|---|---|
| | | ☐ Outpatient Procedure: ____________ (*procedure*) for ____________ (*medical reason*). |
| | | ☐ Place in Outpatient Observation Services for ____________ (*medical reason*) |
| | | ☐ Admit as Inpatient for ____________ (*medical reason*). |

Physician Signature: ____________

**Date** **Time** Additional Orders: (*Dates/Times required*)

Allergies & Sensitivities ☐ NKA

| Weight | Height | Diagnosis |
|---|---|---|
| | | |

**Physician's Orders**

T4001 Rev 4/00 (RC# 0914040)

PHARMACY

DO NOT WRITE ORDERS UNLESS RED # APPEARS

ANDALUSIA REGIONAL HOSPIT DISCHARGE EMERGENCY DEPA' IENT INSTRUCTIONS MED

☐ **NAUSEA / VOMITING / DIARRHEA**

1. Do not eat or drink anything for 4 to 6 hours
2. After the vomiting has stopped, start drinking clear liquids for at least 12 to 24 hours. (liquids that light can shine through) for example: water, popsicles, jello
3. NO MILK OR MILK PRODUCTS
4. Normal eating can be resumed if there is no nausea or vomiting for 48 hours
5. Take medications as ordered

SEE YOUR PHYSICIAN OR RETURN HERE IF:

1. Symptoms last over 24 hours or you develop
2. Signs of dehydration: very dry mouth, weight loss
3. Blood or worms in stool
4. Fever

☐ **FEVER INSTRUCTIONS**

1. Take the temperature at least every 4 hours with thermometer
2. Do not overdress child, too much clothing can keep temperature higher
3. If temperature is more than 103°F a lukewarm tub bath for 20 minutes is appropriate
4. Encourage plenty of fluids, such as cold liquids
5. DO NOT GIVE ASPIRIN TO CHILDREN WITH FEVER
6. REMEMBER! Fever is a symptom and may indicate more significant disease. If fever continues for more than 1-2 days or if the patient is not doing as well as expected Contact your physician or the Emergency Department
7. If the child develops more serious symptoms such as repeated vomiting, breating difficulty, confusion, seizures SEEK IMMEDIATE MEDICAL ATTENTION!

☐ **HEADACHES**

1. Go to bed and rest
2. Reduce outside noise and lighting
3. Take the medications as ordered by the physician
4. If you are complaining of nausea, vomiting follow the nausea instructions

☐ **URINARY TRACT INFECTIONS**

1. Take medications as prescribed. Continue medication until the bottle is empty
2. Drink at least 8 glasses of fluid a day
3. Some medications may change the color of your urine, this is normal
4. Call physician if the following occurs:
   a. Persistent temperature over 101°F after 48 hours
   b. Pain on urinating 48 hours after beginning medication
   c. Nausea, vomiting or diarrhea

☐ **UPPER RESPIRATORY TRACT INFECTIONS**

1. Drink at least 8 glasses of liquid a day
2. Avoid smoking
3. Take prescribed medications as directed
4. If not better in 5 days contact your physician

☐ **KIDNEY STONE CARE**

1. Strain all urine, saving any particles found for your doctor
2. Drink large amounts of liquid
3. If you develop a fever greater than 100°F nausea and vomiting, severe pain and/or shaking chills or inability to empty bladder RETURN to the Emergency Department

☐ **FOOD AND DRUG INTERACTIONS**

1. To protect the stomach from irritation, take these drugs with food or milk
   a. NON-STEROIDAL ANTI-INFLAMMATORIES, such as: Motrin, Indocin, Clinoril, Meclomen, Feldene, Nalfon, Advil, Tolectin, Nuprin, Toradol, Rufen, Anaprox, Lodine
   b. Steroids: Prednisone, Deltasone, Decadron, Medrol, Celestone
   c. Potassium supplements: Micro K, Klotrix, Slow K, Ten K, K-Dur, K-Lyte, Kaon
   d. Iron Supplements: Ferrous Sulfate, Iberet, Feosol, Slow Fe
   e. Antibiotics: Augmentin
   f. Anti-cholesterols: Mevacor, Zocor (need to be on low-cholesterol diet)
2. Some drugs should be taken on an empty stomach such as:
   a. ANTIBIOTICS: Penicillin, Pen-V-K, Amoxicillin, Amoxil, Ampicillin
   b. Tetracyclines: Vibramycin, Minocin, Achromycin, Sumycin, Tetracycline
   c. ERYTHROMYCINS: Pce, E-Mycin, Ilosone, E-ythrocin
3. Some drugs should be taken with water such as:
   a. SULFONAMIDES: Septra, Bactrim, Gantrisin, Gantanol, AzoGantrisin
   b. ANTI-ASTHMA: Theo-Dur, Slo-Bid, Elixophyllin, Uniphyl

**GENERAL INSTRUCTIONS**

☑ The examination and treatment you have received today at Andalusia Regional Hospital Emergency Department has been rendered on an emergency basis. It is not intended to be a substitute for comprehensive medical attention. SHOULD YOUR CONDITION WORSEN OR ANY NEW SYMPTOMS DEVELOP, OR SHOULD YOU NOT RECOVER AS EXPECTED, CONTACT YOUR DOCTOR OR THE DOCTOR YOU WERE GIVEN FOR FOLLOW-UP CARE! If you cannot contact the doctor, return to Andalusia Regional Hospital Emergency Department immediately for further evaluation.

☐ X-Rays do not always show injury or disease. Fractures are not always revealed on the initial X-Rays, but may be revealed on subsequent X-Rays. Your X-Ray has been read on a preliminary basis. Final reading will be made by the radiologist. We will attempt to notify your physician of any additional symptoms.

☑ Return to the Emergency Department any time you feel that your condition is worse.

☐ Do not drink alcohol, drive an auto or operate any dangerous machinery while using this medication.

☐ Have your prescriptions filled and follow the directions on the label. The Medications are:

______________________

______________________

______________________

☑ If you are unable to see your doctor, you can return to the Emergency Department or call the Emergency Department at **(334) 222-8466, ext. 126 or 128**

**Other Instructions** ______________________

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had Emergency treatment only and that I may be released before all of my medical problems are known or treated. I will arrange for followup care as instructed above.

Patient or Representative ______________________ Med. Record # ______________________

Witness ______________________ Date



Corporate Office: 3712 Ringgold Rd., #364, Chattanooga TN 37412 Phone: (423) 553-5635 Fax: (423) 553-5645

# PATIENT REFERRAL INFORMATION FORM

This patient is currently incarcerated at the jail/prison facility listed below. Patient has been referred to your ER/facility in regarding to his above listed symptoms. All subsequent tests, procedures, and outpatient services other than requested service must be communicated and approved by the medical contact person at the jail/prison facility to ensure justification. Failure to notify the medical contact person may result in reduced benefits and/or possible denial of payment. If hospital admission is necessary, please communicate any and all medical information as well as an estimated length of stay to our Utilization Review Department at our corporate office (423) 553-5635. Certification, justification, and/or treatment plan of continued services must be obtained to guarantee payment of the claim.

***TO BE COMPLETED BY THE MEDICAL STAFF AT THE JAIL/PRISON:***

DATE: 9/9 PATIENT'S NAME (LAST/FIRST): Bennett Johnny

HOUSING FACILITY/SITE: Covington Co. Jail

D.O.B.: 2/18/70 SEX: (M) F S.S.#: 424 66 [illegible] I.D.#: ____

SITE PHYSICIAN: [illegible] SITE MEDICAL CONTACT (RN/LPN): [illegible]

SITE PHONE #: 334 428 2640 SITE FAX #: 334 428 2654

REASON FOR REFERRAL: *(INCLUDE HX OF ILLNESS/INJURY, PRESENT AND PAST TREATMENT WITH PATIENT RESULTS, LAB AND/OR X-RAY RESULTS, FINDINGS FROM PHYSICAL EXAM, PATIENT LIMITATIONS, ETC.):*

pt received at jail on 9/8 [illegible] 10pm and ↑BP pt has had numerous complaints [illegible] [illegible] 164/108 Clonidine 0.1mg given @ 11[illegible]

SERVICE REQUESTED: Evaluate & tx

***TO BE COMPLETED BY THE REFERRAL STAFF:***

FINDINGS: ____

PLANNED TREATMENT: See order sheet rewrite

ER/HOSPITAL PHYSICIAN ORDERS: [illegible] MD

ER/HOSPITAL CONTACT (INCLUDE PHONE NUMBER): ____

NOTE(S): ____

*PLEASE EITHER RETURN THIS FORM WITH THE CORRECTIONAL STAFF UPON DISCHARGE OR FAX DIRECTLY TO THE SHP U.R. DEPT. AT (423) 553-5645. THANK YOU.*

*Authorization for payment of service is only guaranteed during the time of actual confinement of the inmate under the custody of the above listed jail/prison.*

Barnett Jeffery Jameson

Covington County Jail

Gretchen Barnett

902 8th St.

N/A

VA Medical Facility Montgomery Al

Double Attempt

Montgomery

# CAL HISTORY & PHYSICAL ASSESSMENT

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Vision | | | Hypertension | ✓ | | Gonorrhea | | ✓ |
| Hearing | | ✓ | Anemia | | ✓ | Syphilis | | ✓ |
| Dizziness/Weakness | ✓ | | Blood | | ✓ | Muscle Problem | | ✓ |
| Skin Sores | ✓ | | Stomach Pain | | ✓ | Joint Problem | | ✓ |
| DT's | | ✓ | Heartburn | | ✓ | Arthritis | | |
| Headaches | ✓ | | Ulcer | | ✓ | Other | | |
| Seizures | | ✓ | Nausea/Vomiting | ✓ | | Other | | |
| Nervous Disorder | ✓ | | Gall Bladder | | ✓ | | | |
| Thyroid | | ✓ | Liver | | ✓ | | | |
| Cough | | ✓ | Hepatitis | | ✓ | | | |
| Asthma | | ✓ | Diabetes | ✓ | | LMP | | |
| Hay Fever | | ✓ | Kidney Disease | ✓ | | Gravida/Para | | |
| Pneumonia | | ✓ | Bladder Infection | | ✓ | Last Pap | | |
| Tuberculosis | | | Trouble Voiding | | ✓ | Contraception | | |
| Heart | ✓ | | Pediculi (lice) | | ✓ | Other | | |

## EXAM

Age 21 Sex M Race Blk Ht 6' Wt 2[illegible]

Pulse BP Temp Resp

| Area/Type | N | A/Comment | Area/Type | N | A/Comment |
|---|---|---|---|---|---|
| Skin: Color, Turgor, Rashes, Lesions | | [illegible] | Chest (Thorax): Configuration, Auscultation, Respirations, Cough/Sputum | | |
| Head: Mass, Eyes, Sclera, Conjunctiva, Vision | ✓ | | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | | [illegible] |
| Ears: Canals, Drums, Hearing | ✓ | | Extremities: Pulses, Edema, Joints | ✓ | |
| Mouth: Teeth/Gums, Dentures, Tongue, Throat | ✓ | | Abdomen: Shape | ✓ | |
| | | | Palpation: Hernia, Bowel Sounds | | |
| Nose | ✓ | | Spine | | |
| Neck: Glands, Thyroid | ✓ | | Genital/Urinary System | ✓ | Kidney [illegible] |
| | ✓ | | | | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| Was PPD planted and read (when)? | | |
| VDRL/RPR | | |
| Other Labs Tests Ordered | | |
| Pregnancy Test? | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| Orientation (person, place time) | | |
| General appearance (inc. behavior, mannerisms, Affect, Speech) | | |
| Content of thought (history of suicide, present thoughts of suicide) | | |

Medical Examiner's Signature [signature] Date [illegible]

# TB SKIN TEST VERIFICATION FORM

[illegible] the TB skin test, please complete the information below. [illegible]

[illegible] completed form in the inmate's medical file. [illegible]

[illegible]

TEST TO BE READ WITHIN 72 HOURS — COMPLETE [illegible]

9/30

[illegible]

MEDICATION ADMINISTRATION RECORD

| | | | |
|---|---|---|---|
| 9/14 | 5 pm | 92 | |
| 9/15 | 6 am | 106 | |
| 9/15 | 5 pm | 101 | |
| 9/16 | 6 3/4 | 90 | |
| 9/16 | 6 p | 110 | |
| 9/17 | | | |
| 9/17 | | | |
| 9/18 | | | |
| 9/18 | | | |
| 9/19 | | | |
| 9/19 | | | |
| 9/20 | | | |
| 9/20 | | | |
| 9/21 | 6 am | 71 | MO Died |
| 9/21 | 6 pm | 91 | [illegible] no diabetic meds |
| 9/22 | | | |
| 9/22 | | | |
| 9/23 | | | |
| 9/24 | | | |
| 9/25 | 6 am | 92 | |
| 9/26 | 4 | 41 | was given juice |
| 9/26 | 5 | 68 | was given juice |
| 9/27 | 5 | 94 | ate breakfast |
| 9/28 | 11 | 71 | [illegible] |
| 9/29 | 4:56 | | Lunch time |
| 9/30 | 4:58 | | Lunch time |